# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

### Date Reported: May 03, 2020

| | | | |
|---|---|---|---|
| **Collection Agency** | MIDWEST RECOVERY SYSTEMS, LLC | **Balance Date** | May 03, 2020 |
| **Original Creditor Name** | NATIONAL PAYDAYLOAN COM | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Date Assigned** | Apr 13, 2020 | **Account Number** | xxxxxxxxxxx 4558 |
| **Original Amount Owed** | $444 | **Creditor Classification** | Financial |
| **Amount** | $444 | **Last Payment Date** | |
| **Status Date** | May 03, 2020 | **Date of First Delinquency** | Feb 08, 2015 |
| **Status** | UNPAID | | |

**Comments**

**Contact**

MIDWEST RECOVERY SYSTEMS, LLC
2747 W CLAY ST SUITE A
ST CHARLES, MO  63301
1-855-232-4407

EQUIFAX | DANNY BRITTINGHAM | May 25, 2020 | Page 59 of 64

Summary › Revolving › Mortgage › Installment › Other › Statements › Personal Info › Inquiries › Public Records › **Collections**

Brittingham CACi                                                                                                                000059



ow should I read my dispute results?

better assist you with understanding the results of your dispute, please review the information below:

- If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "**Verified as Reported**", the reporting company has certifed it is reporting accurately.
- If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

dated disputed account information only: **The information you disputed has been updated.**

dated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other formation on this item.**

sputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, formation unrelated to your dispute has been updated.**

nsumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

### he Results Of Our Reinvestigation

**ollection Agency Information** (This section includes accounts that have been placed for collection with a collection agency.)

> **We have researched the collection account. Account # - 314230512234558 The results are:** This item has been deleted from the credit file. If you have ditional questions about this item please contact: **Midwest Recovery Systems,, 2747 W Clay St Ste A, Saint Charles MO 63301-2557 Phone: (855) 232-4407**

### otice to Consumers

u may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of furnisher of information contacted, and if reasonably available the telephone number.

he reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the ormation; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of ur dispute.

he reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to uest that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for lifornia, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

**File Number:** 312145147
**Date Issued:** 07/21/2020

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**MIDWEST RECOVERY SYSTEMS LLC** #31423051223**** ( 514 EARTH CITY PLAZA, SUITE 100, EARTH CITY, MO 63045, (888) 253-3440 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**; however, we updated: **Date Updated; Original Creditor; Remarks; Payment Received.** Here is how this account appears on your credit report following our investigation.

| | | |
|---|---|---|
| **Placed for collection:** 04/13/2020 | **Balance:** $444 | **Pay Status:** >In Collection< |
| **Responsibility:** Individual Account | **Date Updated:** 07/20/2020 | |
| **Account Type:** Open Account | **Payment Received:** ($0) | |
| **Loan Type:** COLLECTION AGENCY/ATTORNEY | **Original Amount:** $444 | |
| | **Original Creditor:** NATIONAL PAYDAYLOANCOM (Financial) | |
| | **Past Due:** >$444< | |

**Remarks:** ACCT INFO DISPUTED BY CONSUMR; >PLACED FOR COLLECTION<
**Estimated month and year that this item will be removed:** 01/2022



Brittingham CACi                                                                                     000105