```
 1   this -- this notes that in Paragraph 25, do you recall
 2   that you sent your dispute to Transunion and Equifax in
 3   June of 2020?
 4        A     Correct.
 5        Q     Now, after -- it sounds like Transunion then
 6   communicated with you on the 21st of July in 2020; is
 7   that correct?
 8        A     That is correct.
 9        Q     Are you aware of whether or have you been
10   made aware that CACi requested the -- that line that
11   we're referring to, be deleted from your credit report
12   at any time after you made your dispute in June of 2020?
13        A     Tell me again.  What are you asking me now?
14        Q     I should rephrase.  Yes, thank you.
15              After you made your dispute in June of 2020,
16   you were told on July 21st that Transunion had
17   verified -- verified the reporting as accurate.  All
18   right.  Have you been made aware of any requests by
19   Midwest Recovery or CACi to delete that reporting from
20   your credit report at any time after your dispute?
21        A     After the dispute obviously because it came
22   off.
23        Q     Okay. And if I -- from the discussion of
24   dates that we talked about earlier today, if I told you
25   that they -- if I were to allege that at the end of July
```