**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

_____

DANNY N. BRITTINGHAM,

    Plaintiff,

v.        CASE NO.: 1:21-CV-00096-MU

CONSUMER ADJUSTMENT COMPANY, INC.,

    Defendant.

_____

THE DEPOSITION OF:  ROGER WEISS

VIA ZOOM TELECONFERENCE

    The deposition of ROGER WEISS, was taken

before LAUREN S. DORGAN, as Commissioner, via Zoom

Teleconference, on March 8, 2022, commencing at

approximately 1:00 p.m.

**Page 2**

A P P E A R A N C E S

REPRESENTING THE PLAINTIFF:

    STEVEN P. GREGORY, ESQUIRE
    Gregory Law Firm, P.C.
    505 20th Street
    Suite 1215
    Birmingham, Alabama  35203

    EARL P. UNDERWOOD, JR., ESQUIRE
    Attorney at Law
    21 South Section Street
    Fairhope, Alabama  36532

REPRESENTING THE DEFENDANT:

    MATTHEW BELL, ESQUIRE
    Malone Frost Martin, PLLC
    7733 Forsyth Boulevard
    Suite 600
    St. Louis, Missouri  63105

    LAUREN S. DORGAN
    Court Reporter

**Page 3**

I N D E X

ITEM:               PAGE:

STIPULATION PAGE: . . . . . . . . . . . . . 4

DEPONENT:

  ROGER WEISS

    Examination by Mr. Gregory: . . . . . . 7

    Examination by Mr. Bell: . . . . . . . . 64

REPORTER'S CERTIFICATE: . . . . . . . . . . 69

E X H I B I T   I N D E X

ITEM:               PAGE:

EXHIBITS MARKED FOR IDENTIFICATION:

  Plaintiff's Exhibits 1-11 . . . . . . . . 6

**Page 4**

S T I P U L A T I O N S

    It is stipulated by and between the

parties hereto and through their respective

attorneys at law that the deposition on oral

examination of the witness, ROGER WEISS,

may be taken before LAUREN S. DORGAN, Notary

Public for the State at Large, and that the said

deposition shall be taken in accordance with the

provisions of the applicable sections of the State

Rules of Civil Procedure.

    It is further stipulated that all objections

save as to the form of the question asked are

reserved until the time of trial in accordance with

the applicable provisions of the said State

Rules of Civil Procedure.

    It is further stipulated that all notices

provided for by said applicable sections of the State

Rules of Civil Procedure are waived, as is the

signing and certification of said Lauren S. Dorgan

and all other requirements and technicalities of every

sort regarding the taking and filing of the deposition

5

1   except as hereinafter set out:

2      All objections save as to the form of

3   question asked are reserved until the time of trial

4   in accordance with the applicable provisions of the

5   said State Rules of Civil Procedure.

6

7      It is further stipulated and agreed that

8   the witness hereto does waive the right to read and

9   sign said deposition as provided for by said State

10  Rules of Civil Procedure.

11

12

13

14

15

16

17

18

19

20

21

22

23

6

1   WHEREUPON THE FOLLOWING DEPOSITION WAS HELD:

2

3      MR. GREGORY:   Usual stipulations, objections

4      only as to form and save to form?

5   MR. BELL:   Yes, I think that we received

6      your list of exhibits and have no

7      objections to that.  If you want to go

8      through that, are you saying you want

9      to go through the 30(b)(6) topics?

10  MR. GREGORY:   I will at some point, at least

11     some of them, yes.

12  MR. BELL:   Do you have any other requests

13     for stipulations, it's your depo?

14  MR. GREGORY:   That's all, that's good.

15

16     (Plaintiff's Exhibits 1 - 11 were

17     marked for identification and

18     provided to all parties prior to

19     the deposition.)

20

21

22

23

7

1                    ROGER WEISS

2      The witness having been sworn to tell the

3   truth, the whole truth, and nothing but the

4   truth, was examined and testified as follows:

5

6                    EXAMINATION

7   BY MR. GREGORY:

8   Q      Mr. Weiss, would you tell us your name for the

9   record, please?

10  A      Roger Weiss.

11  Q      Mr. Weiss, I'm Steve Gregory, I'm one of the

12  lawyers for Mr. Brittingham, the plaintiff in this

13  case.  The other attorney is also present, Earl

14  Underwood.  Have you ever had your deposition taken

15  before?

16  A      I have.

17  Q      So you probably know that in order for the court

18  reporter to do a good job taking down what we say you

19  should wait until I finish talking and I'll try to do

20  the same for you, is that agreeable?

21  A      Don't interrupt, yes, I have that skill.

22  Q      Okay.  And also, any answers need to be verbal

23  so she can take them down rather than nodding or

8

1   shaking your head.

2   A      Yes.

3   Q      Tell me your present business address, please.

4   A      514 Earth City Expressway, Earth City, Missouri,

5   63045, Suite 100.

6   Q      Is there anybody in the conference room there

7   with you except for your attorney, Mr. Bell?

8   A      No.

9   Q      All right.  I asked you that address, but where

10  do you work?

11  A      CACi.

12  Q      And CACi is the way you refer to the company

13  internally, I just want to use the same terminology?

14  A      Yes.

15  Q      What is your title at CACi?

16  A      I'm the president.

17  Q      How long have you been the president of CACi?

18  A      I've been the president of CACi since January of

19  2002.

20  Q      Were you working at CACi before that?

21  A      I was.

22  Q      What was your job there?

23  A      I was the general manager.

9

```
1   Q      All right.  Have you always been located at the
2   address you gave me just a moment ago while you've
3   been working for CACi?
4   A      No.
5   Q      Is that a no?
6   A      Correct, no.
7   Q      What was the other address?
8   A      12855 Tesson Ferry Road, St. Louis, Missouri
9   63128, 2nd floor.
10  Q      When did the company move to its present
11  headquarters?
12  A      September of 2021.
13  Q      Just recently?
14  A      Yes.
15  Q      What are your duties in your present position?
16  A      Go over CEO functions of the company.
17  Q      What were your duties when you were general
18  manager?
19  A      Go over CEO functions of the company.
20  Q      So your job really didn't change?
21  A      Just the equity.
22  Q      Did you have a supervisor when you were the
23  general manager?
```

10

```
1   A      I did.
2   Q      Who was that?
3   A      His name was Don Reid.
4   Q      Is he still with CACi?
5   A      No, he died, he fell down some stairs and broke
6   his neck.
7   Q      Oh, my goodness, sorry to hear that.  So you
8   said that you oversee all the activities of the
9   company, are there people who report directly to you?
10  A      There are.
11  Q      Who are they?
12  A      Do you want me to list my direct report or
13  everyone that reports to me?
14  Q      Just the direct reports, yes.
15  A      Okay.  I have Brian Schlemmer, Angela Weiss,
16  Jerry Peterson, Debra Ciskey, Shawn Ebling, and Becky
17  Eckles.
18  Q      Okay, thank you, sir.  Let's go back over those
19  and tell me briefly what each of those employees does
20  for CACi.
21  A      Okay.  Brian Schlemmer is my vice-president of
22  partnership, so he handles all of my vendors.  Angela
23  Weiss is my wife as well as the vice-president of
```

11

```
1   administrative services.  Becky Eckles is my
2   bookkeeper.  Shawn Ebling is my vice-president of
3   sales, actually, I think it's vice-president of
4   business development is how it's worded.  Debra Ciskey
5   is my vice-president of compliance.  Jerry Peterson is
6   my vice-president of operations.
7   Q      You mentioned the term members, what does that
8   mean with CACi?
9   A      Members?
10  Q      Yes, sir, I thought that's what you said.
11  A      Partners maybe?
12  Q      Yes, maybe it was partners.
13  A      He manages anything that happens outside the
14  walls, so he manages all of our vendor relationships,
15  our IT relationships, things like that, that would be
16  Brian Schlemmer.
17  Q      I see, okay.  Tell me briefly, what does CACi
18  do?
19  A      We're a collection agency.
20  Q      A debt collection agency?
21  A      Yes, we collect debts.
22  Q      And you do that all over the United States; is
23  that right?
```

12

```
1   A      With the exception of some states, yes.
2   Q      What states are those that are exceptions?
3   A      Connecticut, Massachusetts, Nevada, North
4   Carolina, and we are licensed in New York, but we do
5   not perform collection activity in New York.
6   Q      Are you licensed in Alabama?
7   A      We are.  I don't know how to answer that.  We
8   are licensed to the extent that any licenses are
9   required in any other states than those I mentioned.
10  So off the top of my head I don't know exactly what
11  Alabama requires, but I know that we are able to
12  legally collect in Alabama.
13  Q      You mentioned equity a minute ago with regard to
14  the change in your position from general manager to
15  president?
16  A      Yes.
17  Q      Do you own CACi?
18  A      I own 100 percent of the shares of CACi.
19  Q      Is there a board of directors aside from
20  yourself?
21  A      No.
22  Q      Are you an officer or director of any other
23  companies?
```

**Page 13**

1   A   No. Well, I have a consulting company that is

2   inactive, I'm listed as the current president, but it

3   does not currently conduct business.

4   Q   Okay.

5         MR. BELL:   Can we go off the record for just

6         a second, I'm sorry?

7         MR. GREGORY:   Sure.

8              (A short break was held.)

9   BY MR. GREGORY:

10   Q   Are you familiar with Midwest Recovery Systems?

11   A   I am.

12   Q   Did you ever work for them?

13   A   No, I did not.

14   Q   Does CACi presently have any employees who ever

15   did work for Midwest?

16   A   We do.

17   Q   Who are those folks?

18   A   Do you want the entire list of them?

19   Q   Let's do it this way, how many are there

20   approximately?

21   A   There's probably 15 left.

22   Q   Do they work there in the St. Louis area?

23   A   They do.

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

**Page 14**

1   Q   So just to save time and to avoid taxing your

2   memory we may ask for a list of those people at some

3   point, but I have a few more questions about Midwest

4   to ask you. CACi bought the assets of Midwest back in

5   2019; is that right?

6   A   September of 2019.

7   Q   Okay. So that was an asset purchase, not a

8   stock purchase, right?

9   A   Yes.

10   Q   What assets did you acquire from Midwest?

11   A   All of their physical lists, their client

12   relationships, the service agreements for those

13   clients, the bank account. That's really about it

14   that I can think of off the top of my head.

15   Q   And some employees as well, right?

16   A   We didn't buy the employees, they're voluntary

17   workers that we offered them jobs to come over to

18   CACi.

19   Q   Okay. Does Midwest still exist in any form as

20   far as you know?

21   A   I don't know.

22   Q   Okay. Did you negotiate the purchase of those

23   assets yourself?

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

**Page 15**

1   A   I did.

2   Q   Do you remember who negotiated that deal for

3   Midwest?

4   A   Yes, it was Brandon Tumber.

5   Q   What was his position there at Midwest?

6   A   He was the president of Midwest.

7   Q   Do you know what he's doing now?

8   A   No idea.

9   Q   So did you buy these assets just as a lump sum

10   or was the purchase broken out in types of assets, how

11   did that work?

12   A   It wasn't broken out in types of assets, I don't

13   know that I understand your question. There was an

14   agreed amount and agreed upon payment schedule for the

15   assets listed.

16   Q   Okay. So it was just one lump sum, you didn't

17   break out the value of each particular type of asset?

18   A   I think there were some loose definitions, like

19   how much the furniture and hardware was worth, how

20   much essentially good will there was. I don't

21   remember, there were three or four categories listed I

22   believe, but it was kind of worked backwards from the

23   agreed upon overall price.

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

**Page 16**

1   Q   And what was that price?

2   A   I don't remember off the top of my head.

3   Q   Did CACi move into Midwest's former offices, is

4   that where you are now?

5   A   That's where I am now, we didn't immediately

6   move in there. My lease was up in one location, I

7   didn't need two locations, so I got rid of one

8   location.

9   Q   I see. What made you decide to buy the assets

10   of Midwest?

11   A   Because they were available, they had cash flow,

12   it was a distressed asset, and I was able to get it

13   for what I believe to be a below market price.

14   Q   They had business issues, they had also been

15   investigated by the FTC, right?

16   A   Correct.

17   Q   In fact, they were charged with wrongdoing by

18   the FTC; isn't that right?

19   A   I purchased the assets.

20   Q   But you knew that the FTC had charged them with

21   parking bogus consumer debts, right?

22   A   No.

23   Q   You were not aware of that?

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

17

1    A      When we first started talking I talked to their
2    attorney with Brandon Tumber present, and my
3    understanding is the allegations were they were not
4    properly following up on disputes at that time.  At
5    that time the term debt parking never came into the
6    picture.
7    Q      Had you heard that term before, before the
8    Midwest acquisition?
9    A      I had.
10   Q      So when did you learn about it?
11   A      I don't know, I've been in this industry 30
12   years.
13   Q      With regard to Midwest when did you find out
14   about that issue?
15   A      When the decision came down, or maybe slightly
16   before that when I was told, and I don't remember, I
17   want to say maybe a few weeks before the final
18   decision for them came down, and I understood that
19   they had some other elements added into it.  Frankly,
20   I don't remember if debt parking even at that time was
21   mentioned as one of them.
22   Q      Okay.  Did the Federal Trade Commission ever
23   speak with you about the Midwest acquisition?

18

1    A      The only thing that the FTC wanted to know from
2    me is if Brandon Tumber was an equity partner.
3    Q      In CACi?
4    A      Correct.
5    Q      And he wasn't, right?
6    A      Correct.
7    Q      Also, in the course of negotiating with Midwest
8    did you also deal with Kenny Conway?
9    A      I know Kenny, I met with him several times, he
10   was not offered a position in the company.
11   Q      He does not work for you, correct?
12   A      I didn't hear you, I was still talking.
13   Q      I apologize, we're using Zoom here, and it's not
14   exactly new, but I still haven't gotten the eye
15   contact thing quite right.  I'm looking down at your
16   panel, and sometimes it may look like I'm looking
17   down, but I'm actually looking at you on my screen.
18   A      When you figure out how to make that contact
19   work you let me know because that will be two of us at
20   that point.
21   Q      What about Joseph Smith, did you meet him?
22   A      I know Joe.  Actually, I've got a decent opinion
23   of Joe, Joe was not offered a position in the company

19

1    either.
2    Q      Do you know what he's doing?
3    A      Only through the rumor mill.  I understand that
4    he and Kenny have --
5           MR. BELL:   If we can stop, I'm gonna object
6                that this is outside the scope.
7                Subject to that and subject to this
8                being on his personal knowledge I'll
9                instruct you you can answer the
10               question.
11   BY THE DEPONENT:
12   A      Auto warranty type call center or something like
13   that.  Again, I don't know, that's just what the rumor
14   mill has brought to me.
15   Q      You mentioned that you have a good impression of
16   Joseph Smith, is that not true of Kenny Conway or
17   Brandon Tumber?
18          MR. BELL:   Same objection.
19   BY THE DEPONENT:
20   A      I would answer that to my knowledge anyway,
21   everything I know I have a decent opinion of Joe
22   Smith.
23   Q      All right, thank you.  Let's shift gears a

20

1    little bit.  Have you been told that you would be
2    expected to attend the trial in this case?
3    A      No, I haven't been told that, but if it goes to
4    trial I wouldn't miss it for the world.
5    Q      You would expect to be the corporate
6    representative, right?
7    A      Yes.
8    Q      Let me ask you this then, do you have any family
9    members who live in Alabama?
10   A      No.
11   Q      Any friends or acquaintances?
12   A      I take that back, I do have an aunt and uncle
13   that live in Alabama.
14   Q      Where do they live?
15          MR. BELL:   Same objection, this is outside
16               the scope.
17   BY THE DEPONENT:
18   A      I'll indulge a little bit, but come on.  They
19   live at Weiss Lake, I don't know what town that's in,
20   really I've been there one time and I couldn't tell
21   you how to get there without looking at Google Maps.
22   Q      Thanks.  The purpose of these questions is just
23   in terms of striking the jury to make sure your aunt

21

1    and uncle don't end up on the jury and we don't know

2    that, so that's the only purpose of this.

3    A      I would tell you to just eliminate anyone with

4    the last name Weiss and I think you'll be okay.

5    Q      All right, we'll try to do that.  Any friends or

6    acquaintances here?

7    A      Yes.

8    Q      Who are they?

9    A      Martin Sher, he owns a debt collection agency in

10   Birmingham.

11   Q      Does it have his name on it, Sher Collections?

12   A      AmSher.

13   Q      Oh, okay, I've heard of that.  Anyone else?

14   A      No, not that I can think of off the top of my

15   head.

16   Q      Sure.  And CACi does not have offices in

17   Alabama, does it?

18   A      It does not.

19   Q      Nor any employees?

20   A      It does not.

21   Q      So briefly tell me about your education starting

22   after high school.

23   A      I have some college, I have no degrees.

22

1    Q      Where did you go to college?

2    A      I went to Shawnee Community College, I went to

3    Illinois Central College, and I went to Southeast

4    Missouri State University.

5    Q      You've been a Missourian all your life?

6    A      No.

7    Q      Where are you from originally?

8    A      I was born in Ventura, California.  I moved to

9    central Illinois, a little bitty town called Washburn,

10   Illinois when I was three years old.  When I was four

11   years old we moved four miles down the road to

12   Lowpoint, Illinois.  After that when my parents split

13   up when I was in sixth grade we moved to southern

14   Illinois, a town called Tamms, T-a-m-m-s.

15          After I completed high school there I moved

16   to Cape Girardeau, Missouri for a time.  Then I moved

17   to Bloomington, Illinois.  After that I moved Chicago,

18   Illinois or that area, it was the south suburbs

19   including Richton Park, South Chicago Heights, and

20   Thornton, Illinois.

21          After that I moved back to the St. Louis

22   area where I lived in Marilyn Heights, Missouri for a

23   while, and then my family, my wife and I and our two

23

1    children, settled in Barnhart, Missouri, which is

2    about 15 to 17 miles south of St. Louis City.

3    Q      Did you do anything to prepare for your

4    deposition today?

5    A      I reviewed the case notes and talked to my

6    attorney and a couple of members of my staff.

7    Q      Which members of your staff did you speak to?

8    A      Debra Ciskey, Andrea Grace, and I guess most

9    recently Brian Schlemmer, who helped us set up the

10   camera and microphone.

11   Q      Have you spoke to anyone outside of your lawyers

12   about this lawsuit generally?

13   A      No.

14   Q      Did you review any documents when preparing for

15   your deposition?

16   A      Yes.

17   Q      You mentioned the case notes, if that's

18   something your lawyer prepared for you then I don't

19   need to know about that.

20   A      I haven't reviewed anything that you don't

21   already have.

22   Q      Did you review the complaint?

23   A      That was one of the attached documents, yes.

24

1    Q      Anything else?

2    A      Not outside of what was provided to me for

3    review, no.

4    Q      What was that?

5    A      Well, the complaint and the discovery that we

6    provided to you.

7    Q      Okay.  Did you bring any documents with you to

8    the deposition today?

9    A      The printouts of those documents that I had

10   mentioned, yes.  I didn't bring them, my attorney

11   brought them for me, good guy.

12          MR. BELL:   I appreciate that on the record.

13   BY MR. GREGORY:

14   Q      I'm going to see if I can share my screen here.

15   So you should be seeing the 30(b)(6) deposition

16   notice?

17          MR. BELL:   Mr. Gregory, if you refer to

18                anything by bates stamp we're gonna be

19                able to pull it right up, we have

20                everything printed out.

21          MR. GREGORY:   That's great.  Let's see if I

22                can share the screen.

23   BY MR. GREGORY:

**25**

1    Q    You should be seeing the 30(b)(6) deposition

2    notice.

3           MR. BELL:   That actually looks like your

4           deposition outline.  Mr. Gregory, we

5           have a physical copy of the 30(b)(6)

6           depo notice.

7           MR. GREGORY:   Okay.

8

9    BY MR. GREGORY:

10   Q    So I just want to ask you, Mr. Weiss, about some

11   of the things in the deposition notice and ask you if

12   you are able to testify about them or if there are any

13   that you're not able to testify about.  And I'm going

14   to skip some of it, but aside from the employees that

15   you've mentioned to me today, CACi employees, do you

16   know anyone else who might have any knowledge about

17   the lawsuit?

18   A    My attorney, and I would imagine people at their

19   firm.  Since it's a filed lawsuit I'm assuming it's

20   public records, so anyone that would want to go

21   fishing to read any light reading I guess, I don't

22   know.  The information that we have conveyed has been

23   within a handful of employees in the company and our

**26**

1    attorneys.

2    Q    So there is no ongoing relationship between you

3    and Midwest; is that right?

4    A    That's correct.

5    Q    Do you know if it dissolved?

6    A    You had asked me that and I answered I don't

7    know, and I don't know.  I don't know how it couldn't

8    frankly, but I don't know, I don't talk to those

9    gentlemen anymore.

10   Q    You spoke to me about persons who report

11   directly to you.  Does CACi have a printed flowchart

12   or a management structure chart?

13   A    I don't know.  Yes, we do, it probably needs a

14   couple of updates on it.

15   Q    We would like to see that at some point.  You

16   mentioned, we talked about some discussions with the

17   Federal Trade Commission regarding the Midwest issue,

18   have you had any inquiries from the Federal Trade

19   Commission to CACi about your business?

20   A    Other than just making sure that Brandon Tumber

21   was not a shareholder of CACi, none.

22   Q    I think you answered this question in

23   response to the interrogatories.  Look at Number 9,

**27**

1    the number of persons whose credit information you

2    have transmitted.  There's an answer to that question

3    in your interrogatory answers, and we'll look at those

4    in a minute, but do you know that number?

5    A    Off the top of my head, no, and I don't have the

6    interrogatories in front of me.

7    Q    All right.

8    A    Let the record show I was telling the truth,

9    it's not in front of me, it was beside me apparently.

10   Q    Can you see what's on the screen?

11   A    Vaguely, yes.

12   Q    This is the certification by Debra Ciskey where

13   she signed the interrogatories, you had mentioned her

14   before, she's your executive vice-president, right?

15   A    Compliance.

16   Q    And here are the interrogatory answers, have you

17   seen this document before?

18   A    Not recently, not in the past -- okay, I have

19   the interrogatories in front of me.

20   Q    Did you participate in answering these

21   questions?

22   A    Debra would have headed them up, I don't

23   remember if she asked me anything specifically or not.

**28**

1    Q    Do you know if anyone else helped her?

2    A    I do not.

3    Q    No?

4    A    I don't know.

5    Q    You're familiar I assume with Danny Brittingham;

6    is that right?

7    A    Since this lawsuit, yes, I know the name.

8    Q    You had never heard of him before this lawsuit I

9    assume, right?

10   A    I had not.

11   Q    He was just one of the people you were

12   attempting to collect a debt from, right?

13   A    That is correct.

14   Q    At any given time about how many persons has

15   CACi attempted to collect debt from?

16   A    I don't know.

17   Q    Would it be in the tens of thousands?

18   A    More than that I would assume.

19   Q    So Interrogatory Number 3 says describe step by

20   step the process that resulted in the attempted

21   collection made the subject of this action, and your

22   response, I guess it requires a narrative response

23   more suitable for depositions.  So can you walk me

1  through the process of collecting a debt, particularly
2  the Brittingham debt if you know particularly, but
3  generally with regard to any debt collection?
4  A    Yeah.  So we receive accounts in typically
5  electronically from our clients, they're loaded into
6  our system, they're sent through a series of scrubs to
7  identify anyone that may have filed bankruptcy this
8  would have been included on, anyone that would have
9  been deceased, anyone that would be, I believe we do
10  an active military scrub still, and then we do I guess
11  an initialization where we bounce information to make
12  sure the information provided from our client is, like
13  we can get additional information, maybe a different
14  address or phone number, and then we move it into a
15  treatment plan that will include a combination of
16  mailed letters and/or e-mailed letters, phone calls if
17  we have a good phone number, if we are able to and
18  have authorization we will send text messages, that
19  would be pretty much the flow of the outward attempts
20  we make to collect the debt.
21      We do report certain accounts, certain
22  clients to all three of the national reporting
23  agencies.  What parts can I blow up and be more

1  specific about, because we could be here for three
2  days walking through the nuances of any and everything
3  we do.
4  Q    Thank you, I appreciate that.  You used the word
5  clients, who are your clients?
6  A    We have approximately 400 clients I believe,
7  clients are either original creditors or debt buyers
8  that place debt with us on a contingency base basis
9  for recovery.
10  Q    Is CACi itself ever a debt buyer?
11  A    CACi is not.  My wife and I have bought a couple
12  of small portfolios of debt outside of CACi.
13  Q    And does CACi then try to collect those debts?
14  A    CACi is currently working on one of the
15  portfolios, yes.
16  Q    Has National Payday Loan ever been a client of
17  yours?
18  A    A direct client, no.
19  Q    So with National Payday Loan, would someone else
20  have bought those accounts?
21  A    Correct.
22  Q    Who is that, who bought the accounts?
23  A    Well, based upon this particular -- they

1  probably have a litany of debt buyers that they sell
2  their debt to, I don't know.  I can tell you that in
3  looking at this one, and this account was purchased by
4  O'Brien Wexler, who was one of our clients at one
5  point.
6  Q    What is O'Brien Wexler?
7  A    A debt buyer.
8  Q    Are they still a client?
9  A    They are not.
10  Q    Why did that relationship terminate?
11  A    We terminated the relationship with them because
12  they continually were unwilling or unable to provide
13  validation for disputed debts.
14  Q    Walk me through that a little bit and I'll try
15  to formulate a question that makes sense.  Do most of
16  your clients in fact validate the debts that they ask
17  you to collect?
18  A    They do.
19  Q    How do they do that?
20  A    So there's two components to it, verification
21  and validation.  Verification is the process of making
22  sure that the information they gave us is the
23  information that we receive or obtain from either the

1  consumer, in this case, Mr. Brittingham, or like
2  through e-OSCAR, which is the program that sends us
3  disputes from one or all of the bureaus.  The
4  verification says this is the correct person,
5  validation says that the components of the debt are
6  accurate.
7  Q    Okay.  So you mentioned that this particular
8  debt buyer, you terminated that relationship.  How
9  long had you had a relationship with them?
10  A    That was one of the clients that I took over in
11  the asset purchase, so that would have been in
12  September of 2019.  We stopped accepting business from
13  them I believe in October of 2020, '19 to '20, and we
14  terminated them formally and canceled all of their
15  accounts in I believe it was either at the end of
16  December of 2021 or the immediate beginning of
17  January 2020.  No, December of 2020 or January of
18  2021.
19  Q    So that particular client that you have now
20  terminated had some difficulty in validating the
21  accounts through you; is that fair?
22  A    That's a fair statement.
23  Q    Were most of them invalid did you find?

33

1    A       I won't call them invalid, I would say that we

2    did not receive validation.

3    Q       That was true of Mr. Brittingham as well; is

4    that right?

5    A       We did not receive validation of

6    Mr. Brittingham's account in the allotted time during

7    our investigation.

8    Q       Were many of the accounts National Payday Loan

9    accounts, or do you know?

10   A       I don't know.

11   Q       Some of the questions here I'm going to ask you,

12   let me look at some documents.  Are you still

13   attempting to collect any debts for National Payday

14   Loan?

15   A       I won't attest to that because I don't know.  I

16   doubt it, I don't believe so, but I'm not going to

17   under oath swear to it.

18   Q       Do you know about how many National Payday Loan

19   accounts came over from Midwest?

20   A       I don't.

21   Q       Do you know if there's someone there who would

22   know the answer to that question?

23   A       They won't know, but I think we could get it

34

1    because that would be listed as the original creditor,

2    and I think we can run a report for that.

3    Q       Let's look at Number 11 in your answer to that

4    question, it says explain in detail your maintenance

5    of procedures adapted to avoid violations of the Fair

6    Debt Collection Practices Act and the Fair Credit

7    Reporting Act, can you walk me through that?

8    A       I apologize, where are you, on the Interrogatory

9    Number 11?

10             MR. BELL:    I'm going to reiterate objections

11               in that this was actually also answered

12               in the exchange of Rule 37 letters, so

13               we have a little bit more than was just

14               in the interrogatory itself, and we did

15               provide policies and procedures that

16               are tailored to the complaint

17               allegations in this case, not FDCPA and

18               FCRA as a whole.  Does that make sense?

19             MR. GREGORY:    It does, I appreciate it.

20   BY MR. GREGORY:

21   Q       So Mr. Weiss, can you answer that question?

22   A       Can you restate the question?

23   Q       Walk me through how CACi attempts to avoid

35

1    violations of the Fair Debt Collection Practices Act

2    and the Fair Credit Reporting Act.

3    A       Sure.  So much of it starts with education, we

4    are very active members in both ACA International.  I

5    should say we are active members in ACA International

6    and RMAI, which is Receivable Management Association,

7    and there is a lot of good education in there.  Debra

8    Ciskey and I are very staunch advocates of it, we

9    attend a lot of events both live and remote.  We go

10   through education and certification processes in both

11   of the organizations where our policies are reviewed

12   both internally and externally, and that would be the

13   primary way.  Then there are audit functions that are

14   conducted to make sure that we are following our own

15   policies and procedures.  I didn't mean that to sound

16   braggartly that we're involved in organizations, but

17   so much of our information comes from organizational

18   education.

19   Q       What does ACA stand for?

20   A       Well, I guess it used to stand for American

21   Collectors Association, but I believe that it now just

22   stands for ACA International when they added the

23   international on there.

36

1    Q       Okay, I see.  Skip down to Interrogatory

2    Number 14, please.  It says state the number of

3    persons located in Alabama whose credit information

4    was communicated to the credit reporting agencies, and

5    it asks by Midwest Recovery Systems, and/or CACi.

6    Let's just go with CACi within the three years prior

7    to filing of the complaint, do you have an estimate

8    for that number?

9    A       I'm assuming that someone in my office provided

10   you the 52,164, so that would be my estimate without

11   asking a couple of folks to run some reports that will

12   probably come in close to that.

13   Q       Do you know if that number, 52,164, includes

14   both Midwest and CACi or just CACi?

15   A       I don't know because I can't affirm that I have

16   full and complete records from Midwest Recovery for

17   dates before I purchased the company.

18   Q       All right, sir.  When you bought the assets you

19   did not receive their records as well?

20   A       We received their records, I can't attest to the

21   completion of them.  I believe that they probably

22   were, but again, I'm not gonna go back at that time

23   and look at people and things from 2012 or '13 or '14

37

1   or whenever that wasn't applicable to the purchase.

2   Q    So this number is just for Alabama, 52,164, as

3   far you know?

4   A    Well, based upon the question and the answer

5   provided as far as I know I would say that would be an

6   accurate statement.

7   Q    After you bought the assets of Midwest was there

8   a time when you continued to provide information to

9   the credit reporting agencies about consumers styling

10  yourself as Midwest rather than CACi?

11  A    That's correct.

12  Q    Tell me about how that came about and why you

13  did that.

14  A    So one of the assets purchased was the name

15  Midwest Recovery, however it was not Midwest Recovery,

16  the corporate entity, the LLC, so for continuity of

17  business and we wanted to make sure that we got

18  everything right in the transfer of information from

19  their collection system into CACi's collection system

20  we ran dual systems for about a year because I owned

21  the DBA of MRS, we continued business under that

22  moniker until we we were ready to move business over,

23  which that's a pretty heavy lift when there's several

38

1   clients and electronic files and file formats and

2   testing, so that's how we ran business.

3   Q    I see.  So you ran them separately before you

4   were able to merge all the data?

5   A    Correct.

6       MR. GREGORY:   I've got some more things to

7       go over, but I'd like to take a short

8       break if we may.

9       MR. BELL:   That's fine with me.

10      (A short break was held.)

11  BY MR. GREGORY:

12  Q    Mr. Weiss, you should see on your screen

13  assuming this is working right Defendant Midwest

14  Recovery Systems, LLC's corporate disclosure

15  statement, do you see that?

16  A    I do.

17  Q    So that is a document that I assume you filed in

18  this case or your attorney, Mr. Young, filed on your

19  behalf in this case back in 2021?

20  A    Okay.

21      MR. BELL:   I apologize, could we have just a

22      moment back off the record?

23      MR. GREGORY:   Sure.

39

1       (A short break was held.)

2   BY MR. GREGORY:

3   Q    Mr. Weiss, I think you're looking at my screen,

4   and the document up there I think is one that you and

5   your counsel have found in your own documents based on

6   a conversation we had a minute ago, but can you see

7   that on the screen, sir?

8   A    I can.

9   Q    So it says Defendant Midwest Recovery Systems,

10  LLC's corporate disclosure statement.  Then on the

11  second page it has an attorney's name, L. Jackson

12  Young, Jr. at Moore, Young, Foster & Hazelton in

13  Birmingham, Alabama.  Mr. Weiss, did you hire that law

14  firm to represent you in this case?

15  A    I hired Malone Frost Martin to represent me in

16  the case, which uses Mr. Bell and Mr. Watts, and I do

17  not know L. Jackson Young, Jr., I am told that he is

18  their local counsel down there.

19  Q    I see.  So have you seen this document before?

20  A    No, I don't remember seeing it.

21  Q    This is Midwest Recovery Systems, LLC

22  responding, actually part of the disclosure statement

23  in this case that we're here for today on May 17 of

40

1   2021, that was after they were out of business, isn't

2   it?

3   A    I don't know that they are out of business.

4   Q    It was after you bought their assets, right?

5   A    That's correct.

6   Q    Do you know how that came about that they

7   answered as Midwest even though --

8       MR. BELL:   I'm gonna object to this line.  I

9       think this is well outside of the

10      30(b)(6) topics.  Again, Mr. Weiss is

11      the corporate representative for CACi,

12      not for Midwest Recovery Systems.

13      Based on that if he does have

14      personal knowledge I'll instruct him

15      that he should answer, but I do want to

16      note that objection.

17      MR. GREGORY:   Sure, no problem.

18  BY THE DEPONENT:

19  A    So early on I don't know why they kept putting

20  LLC after it because I did not buy the corporation or

21  the limited liability, whatever, I didn't buy that, I

22  bought the DBA name, Midwest Recovery Systems, which

23  once we got moved over we don't even use anymore.

41

1  So that's what I can tell you, I don't know

2  if that helped or not.  I again understand that it was

3  substituted with CACi down the road.  I don't know if

4  that helps what you're looking for with that or what,

5  but that's what I know.

6  Q      Okay, so let's go back, I want to show you a

7  couple more documents.  This is actually a series of

8  documents that I wanted to show you that are on the

9  screen here, and this begins with CACi 0002, this is

10  some of your document production.  So let me ask you,

11  Mr. Weiss, what is it we're looking at here?

12  A      That would be a copy of a DebtNet, which is a

13  collection software work screen.

14  Q      And this is a work screen that has

15  Mr. Brittingham's account pulled up, right?

16  A      That's correct.  So this is a consumer or a

17  debtor work screen, this can and does have multiple

18  accounts listed on it.

19  Q      Tell me what you mean by multiple accounts,

20  because I only see Mr. Brittingham's name as the

21  debtor.

22  A      Well, he is the consumer or the debtor, but just

23  like if I were to run my credit report it's all gonna

42

1  be under Roger Weiss, but I'm gonna have my mortgage,

2  I'm gonna have my car payment, I'm gonna have my Visa

3  card under it, so there are different accounts under

4  it.  If you look down to the portion, and I'm looking

5  at it on your screen, so the one that is highlighted

6  in blue, that is an account number, and under that is

7  another account number and under that is another

8  account number.

9  Q      It looks like there are two O'Brien Wexler &

10  Associates accounts; is that right?

11  A      Right.

12  Q      So that's for different debts, is that what that

13  would mean?

14  A      That's what it appears to look like to me on the

15  screen.  They have different account numbers, they

16  have different original and current balances.

17  Q      You don't have any way of knowing, or do you

18  have any way of knowing sitting here today looking at

19  this whether those were verifiable debts of

20  Mr. Brittingham's?

21  A      I don't have a way of knowing that, that's

22  accurate.

23           MR. GREGORY:   Counsel, I see that this is a

43

1            document that you produced of course,

2            and you produced it to us and nobody

3            has seen it until this point, but since

4            this is a deposition we may have to

5            designate some portions of the

6            transcript, well, of the exhibits as

7            confidential because I see that there's

8            confidential information on this

9            document and on others.  I'm referring

10            of course to the SSN.

11  BY THE DEPONENT:

12  A      Yeah, all of that needs to be confidential and

13  classified because that is personal information that

14  should not be shared with people not germane,

15  essentially that don't need to know, it's on a need to

16  know basis.

17  Q      We'll make sure that's done.  I'm now scrolling

18  down to show you another form that you produced as

19  well, and this one also has Mr. Brittingham's

20  information on it, what is this screen?

21           MR. BELL:   Can you give us the bates number

22            on that, please?

23           MR. GREGORY:   Sure, it's the next one, it's

44

1            0003.

2  BY THE DEPONENT:

3  A      So this would just be another screen with

4  additional information on it, we have their employer,

5  it is a mail return.  I'm trying to look for variants

6  here.  Again, it's an edit form, if we wanted to

7  change anything we would go to this screen to change

8  some of the information.

9  Q      All right, let me go to the next one.  This one

10  is 0004.  This one looks slightly different, can you

11  tell me about this one?

12  A      Sorry, my printouts are pretty light and my eyes

13  are pretty bad.  I've got newish progressive bifocals

14  and sometimes that invisible line messes with my

15  focus.  So this is the account maintenance screen,

16  again, this would be another update screen that

17  contains information.  Some of it would be datable,

18  some of it would not be.  As an example the client

19  reference number, that's not updatable except by a

20  system admin person.  What specific question could I

21  answer for you?

22  Q      Let me ask you this:  There's a box that says

23  cancel date on the right, what does cancel date mean?

45

1  A    Cancel date would be the date in which we return
2  this I believe to our client.
3  Q    Explain that a little bit, return it to your
4  client.
5  A    So we canceled it from our office, we are no
6  longer going to work it, we are no longer going to
7  have anything to do with it, we don't have anything to
8  do with this account any longer except to maintain the
9  record.
10 Q    Returning it to O'Brien Wexler?
11 A    Correct.
12 Q    Then there's a final one here in this group,
13 this is 0005, it looks like another DebtNet account
14 maintenance screen.  This is another client however,
15 Dynamic Financial, LLC, what do you know about that
16 entity?
17 A    I don't know anything about them.  This had come
18 and gone before I ever purchased the assets.
19 Q    When you say this had come and gone, do you mean
20 Mr. Brittingham's account had come and gone before you
21 purchased the assets?
22 A    I believe the client, Dynamic Financial.
23 Q    I see.  I'm gonna share another document here

46

1  with you, it says CACi 0006, do you see it?
2  A    Yes, sir.
3  Q    What is this document?
4  A    This would be credit bureau updates, or update
5  windows I guess.
6  Q    And that's where CACi is sending new information
7  or updating information to the credit bureaus?
8  A    This is a screen where that information is
9  housed.
10 Q    Where the information that is sent to the credit
11 bureau is housed?
12 A    Yes.
13 Q    I see down at the bottom there is a notation
14 that the original client is National Payday Loan, do
15 you see that?
16 A    I do.
17 Q    This document is dated in 10/4/2020 and out
18 7/23/2020, do you see that?
19 A    Yes.
20 Q    It says CB reported in, what does CB stand for?
21 A    Credit bureau.  The credit bureau reported the
22 in date and then the out date, so the date that we
23 sent it to be listed and the date that we deleted it.

47

1  Q    Do you see that disputed language there in red,
2  what does that mean?
3  A    That means that we have it marked as disputed.
4  Q    Does that mean the customer disputed the --
5  A    The consumer disputed it either directly to us
6  or through the credit bureaus, which would have come
7  through e-OSCAR.
8  Q    I see.  Let me move on to something a little
9  different.  So I have on the screen now a document,
10 Eastern District of Missouri, United States District
11 Court, it's a complaint against Midwest Recovery
12 Systems that was filed by the Federal Trade
13 Commission.  Have you ever seen this, Mr. Weiss?
14 A    I don't remember, I don't know that I ever saw
15 it frankly, and I can't say that I didn't.
16 Q    You're not sure?
17 A    I'm not certain.
18 Q    Is it something that you would have reviewed as
19 a part of your decision to purchase the assets of
20 Midwest?
21 A    I was comfortable with the conversation that I
22 had with their attorney.
23 Q    With Midwest's attorney?

48

1  A    Yes.
2  Q    Who is that?
3  A    John Begard.
4  Q    Is he there in the St. Louis area?
5  A    He is not, he is in the Atlanta, Georgia area.
6  Q    Can you spell his last name for me, or actually
7  for the court reporter?
8  A    I'll do it for both of you B-e-g-a-r-d.
9  Q    Let me ask you to skip down to Page 4, Paragraph
10 12.
11 A    Okay.
12 Q    It says defendants, and that includes Midwest
13 Recovery Systems, LLC, defendants have operated a
14 third party debt collection business that pursues
15 consumers for alleged debts, including debts that
16 consumers do not actually owe.  Defendants collect
17 phantom payday debts, reported medical debts, and
18 other debts that defendants are consistently unable to
19 verify.  Is it your understanding that that was indeed
20 the sort of practice that Midwest was engaged in?
21 A    That was not my understanding.
22 Q    And your understanding of what Midwest was doing
23 came from their attorney; is that right?

49

```
 1    A      It came from him and Brandon Tumber.
 2    Q      Do you know if that attorney is the same one who
 3  represented Midwest before with regard to the Federal
 4  Trade Commission lawsuit?
 5    A      Yes.
 6    Q      So skipping down to 13, defendants have
 7  collected such debts using debt parking or passive
 8  debt collection, a practice where defendants add
 9  alleged debts to consumers' credit reports without
10  first attempting to communicate with consumers about
11  the debts.  Did you understand that that was what the
12  Midwest was doing?
13              MR. BELL:   I'm gonna object to this.  I
14                    think this is asked and answered first
15                    of all.  He's already testified
16                    that he's not familiar with this
17                    complaint.  This complaint is public
18                    record, it is merely a complaint, it is
19                    not an order, it is not verified
20                    factual material.
21                          And yeah, like I said, I think
22                    we've been over this territory already
23                    and he's already explained what it is
```

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

50

```
 1                    that he understood was happening with
 2                    the FTC complaint.
 3                          Beyond that I will instruct him
 4                    that he is permitted to answer the
 5                    question, but I would like to note an
 6                    objection to it.
 7  BY MR. GREGORY:
 8    Q      Go ahead and answer if you can with respect to
 9  whatever your personal knowledge is.
10    A      Could you restate the question, please?
11    Q      I'll just read the sentence again.  Defendants
12  have collected such debts using debt parking or
13  passive debt collection, a practice where defendants
14  add alleged debts to consumers' credit reports without
15  first attempting to communicate with consumers about
16  the debts.  So the question was did you understand
17  that that was a practice that Midwest was engaged in?
18    A      I did.
19    Q      Does CACi engage in that practice?
20    A      We do not.
21    Q      So I just want to make sure I understand.  When
22  CACi gets information about a consumer from a customer
23  for the purpose of collecting a debt you contact the
```

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

51

```
 1  consumer first before you contact the credit bureaus;
 2  is that right?
 3    A      We now do attempt to contact consumers prior to
 4  listing anything on their credit.  I believe we send
 5  one letter.  If the consumer is not sent a letter then
 6  we don't even consider it for reporting.  We also
 7  attempt multiple phone contacts and if we can a text
 8  message to the consumer.  Whether we actually contact
 9  them, we don't all the time.
10    Q      Was there a time when CACi did contact the
11  credit bureaus about consumers before communicating
12  with the consumer about the debt?
13    A      There was.
14    Q      When did you stop that practice?
15    A      I don't have a date, I know it was the middle of
16  2021.
17    Q      Can you tell me why you stopped that practice?
18    A      We were receiving too many Better Business
19  Bureau complaints, and we run a very compliant shop,
20  we pride ourselves on that, we don't like complaints,
21  we consider ourselves extremely consumer friendly, and
22  we just decided that the practice shouldn't be
23  practiced any longer.
```

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

52

```
 1    Q      Did you receive any FTC complaints about that?
 2    A      Not to my knowledge.
 3    Q      Were you aware that Midwest had a large number
 4  of Payday Loan accounts that it attempted to collect
 5  from consumers?
 6    A      I knew that was part of the portfolio.
 7    Q      Down in Paragraph 15 this complaint talks about
 8  that, for example, since at least 2015 defendants have
 9  collected tens of thousands of unauthorized or
10  counterfeit Payday Loan debts, do you see that?
11    A      I see that statement.
12    Q      Do you think that's accurate?
13              MR. BELL:   I'm gonna object to that, he has
14                    no basis to know whether it's accurate
15                    or not.  He's already testified again
16                    that he doesn't have knowledge of this
17                    FTC complaint.  I think it would
18                    behoove all of us to move on to things
19                    that he does have knowledge about and
20                    can testify about on behalf of CACi.
21  BY MR. GREGORY:
22    Q      If you know, sir, did you know about that?  Is
23  that correct?
```

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

**53**

1 A     I don't know about that practice, and even under

2 the objection I will say I don't think that that was

3 knowledgeably their practice.

4 Q     You don't think it was their practice, is that

5 what you're saying?

6 A     I don't believe it was, not intentionally, I'm

7 going to clarify that.

8 Q     Okay.  Let me go on to another issue.

9 A     Against my attorney's judgment --

10     MR. BELL:  Can we talk about this before you

11     say it?  One moment, please.

12         (An off-the-record discussion was

13         held.)

14 BY THE DEPONENT:

15 A     I'm sure my information will come up, but I will

16 hold on disseminating it.

17 Q     I'm now sharing my screen with another document

18 that CACi produced to us, and it is bates labeled CACi

19 19, and the title of it is policy for representing

20 consumer contact, I think that's your title, not mine.

21     MR. BELL:  What we're looking at on your

22     screen is consumer represented by an

23     attorney.

**54**

1 BY MR. GREGORY:

2 Q     Let me ask you this, Section 1 says this policy

3 directs CACi communication with consumers who have

4 attorney representation regarding the account placed

5 for collection.  And Number 2, the policy applies to

6 all consumer accounts.  Does the policy apply to

7 accounts where the consumer is not represented by an

8 attorney as well?

9 A     So this is a newly updated policy with the

10 emersion or regulation put out by the CFPB, and one of

11 the things that it does allow is when a consumer

12 proactively contacts the agency even though he or she

13 is represented by an attorney we are able to

14 communicate with that consumer.

15 Q     That does appear to be what the policy

16 discusses.

17 A     The policy is titled consumer represented by an

18 attorney, therefore I believe that it would be very

19 conclusive to state that anything contained in that

20 document would be narrowed to the scope of consumers

21 represented by attorneys.

22 Q     All right, thank you.

23 A     Here to help.

**55**

1 Q     I'm showing you now a document which is a long

2 document, 108 pages, and as you can see the title is

3 Equifax credit report for Mr. Brittingham.  This is a

4 document Mr. Brittingham produced to your attorneys,

5 Mr. Weiss, it begins with bates label 00001.  Have you

6 ever seen this document?

7 A     I have not.

8 Q     But you've seen similar documents, right?

9 A     I have seen similar, yes, I'm familiar with the

10 layout.

11 Q     I apologize, I'm looking for a particular entry.

12 A     No need to apologize.

13 Q     Okay.  I should have put this in my notes, but

14 I'm looking at Page 59, which is also Bates Number 59,

15 and it's on my screen I think, it's Section 10 of the

16 report called collections.  Collections are accounts

17 with outstanding debt that have been placed by a

18 creditor with a collection agency.  This one has a

19 date reported of May 3rd, 2020, collection agency,

20 Midwest Recovery Systems, balance date May 3, 2020,

21 original creditor National Payday Loan.  Do you have

22 any knowledge or any documents that indicate that

23 Mr. Brittingham ever owed any money to National Payday

**56**

1 Loan?

2 A     I do not.

3 Q     Is it your understanding that he in fact did not

4 owe any money to National Payday Loan; is that

5 correct?

6 A     Absolutely not.  The data that we got from a

7 client, we have agreements with them contractually

8 that state they're obligated to provide us accurate

9 data, so we would have had no reason to believe that

10 he would not have done this.

11 Q     And you don't look behind the data before

12 beginning the collection process?

13 A     At that time we did not.

14 Q     You do now?

15 A     We have implemented integrity testing for all

16 clients that we maintain.

17 Q     When did you start that?

18 A     Middle of 2021.

19 Q     Can you describe that integrity testing?

20 A     Upon placement and randomly, I don't remember

21 frankly if it's annually, quarterly, semi annually,

22 whatever, we'll request a group of documents from a

23 client to make sure that we can get the documentation

57

1    for the validation and that the information is
2    accurate as to compared to what was reported to us.
3    Q    Do you ever use any third party means to
4    determine whether the information is accurate?
5    A    No.  What would that look like out of curiosity?
6    Q    Well, contacting the creditor directly for
7    example.
8    A    No, in our agreements we're not allowed to
9    contact them directly.  Just as a point of information
10   debt buyers would be scared to death that we would go
11   directly to the original creditor, get business from
12   them, and cut them out of the debt buying process.
13   Q    So you're contractually obligated not to do
14   that, is that what you're saying?
15   A    That's correct.
16   Q    I'll show you another document that you produced
17   to us, this one is entitled written disputes and
18   written validation requests within that validation
19   period, bates numbered CACi 0025 and following, do you
20   see that?
21   A    I see it on the screen, I'm moving to it, I have
22   it in front of me now, yes.
23   Q    So just if you don't mind walk me through this

58

1    policy.  The purpose of this is to demonstrate the
2    process of identifying, reporting and resolving
3    consumer disputes and written requests for validation.
4    Did you participate in creating this document?
5    A    I did not.
6    Q    Who did this document?
7    A    Based upon the date I would bet that Debra
8    Ciskey was the lead on it.
9    Q    She's the vice-president in charge of
10   compliance, correct?
11   A    Correct.
12   Q    So this is a policy that applies to consumers
13   who have disputed a debt that's on their credit
14   report?
15   A    That's inaccurate.
16   Q    All right.
17   A    No, this is when during the validation period
18   upon receiving it this would be direct written
19   disputes from the consumer to CACi, so prior to being
20   listed on their credit report.
21   Q    I see.  So that would be when CACi has contacted
22   a consumer the debt has not yet been listed on their
23   credit report?

59

1    A    Yes.  Okay, we just wanted to clarify, could you
2    restate the question?
3        MR. GREGORY:   Madam Court Reporter, could
4            you read back that question?
5            (Court Reporter read back the
6                previous question.)
7    BY THE DEPONENT:
8    A    So this is in the first supposed to be 30, I
9    think we extended it to 45 days, don't quote me on
10   that though, when we receive a report, so at that
11   point it had not yet been reported to a credit bureau.
12   Q    Okay, thanks.  So I have another document I want
13   to show you, again a document provided to us by your
14   counsel.  This document is marked confidential as you
15   can see, and as we discussed a number of these
16   documents which are going to be exhibits to this
17   deposition will be marked confidential.  This is bates
18   labeled CACi 0017 and following, do you see it?
19   A    I do.
20   Q    Let me ask you to identify it.
21   A    It is our balance sheet as of October 31st,
22   2021.
23   Q    It shows total assets of slightly over a million

60

1    dollars, correct?
2    A    Yes.
3    Q    As far as you know is this a fair and accurate
4    representation of your assets and liabilities?
5    A    As of October 31st, 2021 I would say that it
6    should be pretty close to fair and accurate.
7    Q    Did your accountants prepare this?
8    A    It was through Quickbooks, it was not prepared
9    by an accountant.
10   Q    It was prepared in house?
11   A    You're correct.
12   Q    Is this a document you would have shared with
13   your accountants?
14   A    Yes.  Well, the data for it, they give an
15   accounting file every year for tax purposes.
16   Q    Sure.
17        MR. GREGORY:   I'm going to take that off the
18            screen, and let's take about a five
19            minute break.
20            (A short break was held.)
21   BY MR. GREGORY:
22   Q    Earlier in the deposition, actually near the
23   beginning, Mr. Weiss, I asked you some questions about

1    Mr. Brittingham, and you told me you had never heard

2    of him before this lawsuit was filed, right?

3    A    That's correct.

4    Q    And you've never met him, right?

5    A    Also correct.

6    Q    Typically neither you nor any other CACi

7    employees would ever actually meet consumers in

8    person, would you?

9    A    Not intentionally.  With the exception of when

10    they come to the office to either pay a bill or give

11    us paperwork or something along that line.

12    Q    Does that happen often?

13    A    I guess multiple times a week, but by and large

14    less than one percent of the time.

15    Q    Those would be local to St. Louis, right?

16    A    Yes.

17    Q    Before this lawsuit was filed did CACi separate

18    Mr. Brittingham's file from other kinds of files in

19    any way?

20    A    I don't understand the question.

21    Q    Before this lawsuit was filed did CACi treat

22    Mr. Brittingham's account just like any other?

23    A    To my knowledge we put it through the regular

1    scrubs and the regular process of collections.

2    Q    Do you have any reason to think that

3    Mr. Brittingham and his counsel would not fairly and

4    adequately represent the class in this case?

5    A    I don't think there is a class in this case.

6             MR. BELL:    I'm sorry, I'm gonna object to

7             that, that's gonna call for a legal

8             conclusion.

9             MR. GREGORY:    I understand that, but I'm

10             asking if he has a factual basis.

11    BY MR. GREGORY:

12    Q    Mr. Weiss, I understand your point, and I'm

13    avoiding using a word I don't like to use, but I would

14    use the term putative class, but I'm just going to

15    refer to it as the class from here on out, but

16    understand I'm referring to the putative class unless

17    I say it specifically.  And Mr. Weiss, as far as you

18    know Mr. Brittingham doesn't have any conflict with

19    other members of the class, does he?

20    A    I don't know.

21    Q    You don't have any doubt that he won't prosecute

22    the lawsuit, do you?

23    A    I don't know.  I don't even know what Danny

1    Brittingham would name his fantasy football team, so

2    I'm not gonna know the answer to any of these

3    questions, and I think you know that I won't know the

4    answer to any of these questions.

5    Q    But you told me that you treated Mr. Brittingham

6    the same way that you treat any other consumer,

7    correct?

8    A    To my knowledge.

9    Q    You told me just a little bit ago that CACi

10    changed some of its practices with respect to

11    contacting consumers before any information was

12    provided to the credit bureaus, do you remember that?

13    A    Attempting to contact consumers, yes.

14    Q    I think you told me, but I just want to ask

15    again, when did you change that policy?

16    A    I believe it was the middle of 2021.

17    Q    Did you change that policy in response to the

18    filing of this lawsuit?

19    A    Not necessarily, no.

20    Q    Was it a factor in changing the policy?

21    A    This and other complaints to the Better Business

22    Bureau, yes, it was.

23    Q    How many complaints to the Better Business

1    Bureau had you had at that point during the year 2021?

2    A    I don't know.

3             MR. GREGORY:    One second, I'm going look

4             over my notes, we may be nearing a

5             stopping point.  Let's go off the

6             record for just a second.

7             (A short break was held.)

8             MR. GREGORY:    Mr. Weiss, thank you for you

9             testimony today, those are all the

10             questions I have.  Your lawyer may have

11             some follow-up questions for you as

12             well.

13             MR. BELL:    I do if I may, and we won't take

14             too much time, I appreciate that.

15

16                 EXAMINATION

17    BY MR. BELL:

18    Q    I think that this was clarified, but I wanted to

19    make sure that we have this as clear as possible.

20    Mr. Weiss, the source of this debt, you did not obtain

21    this debt itself, the account, in the asset

22    acquisition of Midwest Recovery; is that correct?

23    A    Correct, this was a debt placed on contingency.

1  Q      So you obtained the relationship with O'Brien

2  Wexler through the Midwest Recovery asset acquisition;

3  is that right?

4  A      That's correct.

5  Q      Okay.  And at that time also you did obtain the

6  right to do business as Midwest Recovery Systems; is

7  that right?

8  A      Yes.

9  Q      I want to go to the defendants' Bates Number

10  0006.

11       MR. BELL:    Do you have that handy?  I don't

12             have these pulled up electronically, I

13             could pull it up though if we need to.

14             It has the three blocks of the credit

15             bureau windows?  And if you'd like me

16             to I can pull it up and share the

17             screen is what I'm saying unless you

18             have it handy, and I'm talking to

19             opposing counsel.

20       MR. GREGORY:    Yes, I appreciate that, I'm

21             looking for it, I think I do.  I can do

22             it, I've got it up now, it will just

23             take a second.  Is that it?

1       MR. BELL:    Yes, that screen there?

2  BY MR. BELL:

3  Q      So we're looking at the same thing, Bates 0006,

4  and you said that this is where the credit bureau

5  information is housed?

6  A      Correct.

7  Q      Can you tell me, I think that we talked just a

8  little bit about what the screen can show, can you

9  tell me what this top box actually does show about the

10  reporting of this debt?

11  A      Sure.  This was reported to the credit bureaus

12  first in April of 2020, it was deleted when the

13  account was canceled on July 23rd of 2020, that's

14  shown with the Z on the CB type and that it had been

15  disputed.

16  Q      So you're saying that that code Z under CB type

17  tells you that CACi did request deletion of this

18  reporting from all the credit bureaus, correct?

19  A      That's correct.

20  Q      It did so on July 23rd of 2020?

21  A      That's correct.

22  Q      Thank you.  I have just one more issue I wanted

23  to get into.  You noted initially that you had

1  contractural agreements with all of your clients where

2  they had to guarantee the accuracy of what they were

3  sending you before you accepted it; is that correct?

4  A      That's one of the responsibilities of the

5  client, yes.

6  Q      Are you aware in this case with O'Brien Wexler

7  that would have been something you had an agreement

8  with them about as well?

9  A      I assume, yes.

10  Q      Why would you assume that, is that because that

11  is your relationship with every client you service?

12  A      Absolutely, yeah.

13  Q      Okay.  So when you say that at the time you

14  didn't have integrity testing until more recently, you

15  still though were relying upon the contractual

16  agreement and the guarantee from your clients that the

17  information they were sending was accurate; is that

18  correct?

19  A      That's correct.

20  Q      And one more question about that integrity

21  testing, that still doesn't apply to every single

22  account, right?

23  A      Absolutely not.

1  Q      This is a randomized spot check with each of

2  your clients at any given time?

3  A      Yes.

4  Q      And what is the purpose of that, just to show

5  that they can verify and validate?

6  A      Trust but verify.

7       MR. BELL:    Excellent, I have no further

8             questions.

9       MR. GREGORY:    I don't think I have any

10             follow-up.

11       MR. BELL:    And we will waive signature.

12

13       (This deposition concluded at 3:15 p.m.)

14

15

16

17

18

19

20

21

22

23

STATE OF ALABAMA )

COUNTY OF BALDWIN )


C E R T I F I C A T E

I, Lauren S. Dorgan, Court Reporter and

Notary in the State at Large, do hereby certify

that the above and foregoing transcript of the

Proceedings in the matter aforementioned was taken

down by me in machine shorthand to the best of

my ability, and the questions and answers thereto

were reduced to typewriting under my personal

supervision, and that the foregoing represents a

true and correct transcript of the Proceedings given

by said witness upon said hearings.

I further certify that I am neither of counsel

nor of relation to the parties to the action, nor

am I in anywise interested in the result of said

cause.



LAUREN S. DORGAN
Certified Court Reporter, Notary
Commission expires 01-28-2024
CCR# 110

*Lauren S. Dorgan, Certified Court Reporter*
*251.623.2287*

MR. BELL: [24]  6/4 6/11
13/4 19/4 19/17 20/14 24/11
24/16 25/2 34/9 38/8 38/20
40/7 43/20 49/12 52/12 53/9
53/20 62/5 64/12 65/10 65/23
68/6 68/10
MR. GREGORY: [19]  6/1 6/9
6/13 13/6 24/20 25/6 34/18
38/5 38/22 40/16 42/22 43/22
59/2 60/16 62/8 64/2 64/7
65/19 68/8

**'**

**'13 [1]**  36/23
**'14 [1]**  36/23
**'19 [1]**  32/13
**'20 [1]**  32/13

# 0

**00001 [1]**  55/5
**0002 [1]**  41/9
**0003 [1]**  44/1
**0004 [1]**  44/10
**0005 [1]**  45/13
**0006 [3]**  46/1 65/10 66/3
**0017 [1]**  59/18
**0025 [1]**  57/19
**01-28-2024 [1]**  69/21

# 1

**1-11 [1]**  3/17
**10 [1]**  55/15
**10/4/2020 [1]**  46/17
**100 [1]**  8/5
**100 percent [1]**  12/18
**108 [1]**  55/2
**11 [4]**  3/17 6/16 34/3 34/9
**110 [1]**  69/22
**12 [1]**  48/10
**1215 [1]**  2/6
**12855 [1]**  9/8
**13 [1]**  49/6
**14 [1]**  36/2
**15 [3]**  13/21 23/2 52/7
**17 [2]**  23/2 39/23
**19 [1]**  53/19
**1:00 [1]**  1/22
**1:21-CV-00096-MU [1]**  1/7

# 2

**2002 [1]**  8/19
**2012 [1]**  36/23
**2015 [1]**  52/8
**2019 [3]**  14/5 14/6 32/12

**2920 [10]**  32/3 32/17 32/17
46/17 46/18 55/19 55/20
66/12 66/13 66/20
**2021 [11]**  9/12 32/16 32/18
38/19 40/1 51/16 56/18 59/22
60/5 63/16 64/1
**2022 [1]**  1/21
**2024 [1]**  69/21
**20th [1]**  2/5
**21 [1]**  2/8
**23rd [2]**  66/13 66/20
**2nd [1]**  9/9

# 3

**30 [7]**  6/9 17/11 24/15 25/1
25/5 40/10 59/8
**31st [2]**  59/21 60/5
**35203 [1]**  2/6
**36532 [1]**  2/9
**37 [1]**  34/12
**3:15 p.m [1]**  68/13
**3rd [1]**  55/19

# 4

**400 [1]**  30/6
**45 [1]**  59/9

# 5

**505 [1]**  2/5
**514 [1]**  8/4
**52,164 [3]**  36/10 36/13 37/2
**59 [2]**  55/14 55/14

# 6

**600 [1]**  2/13
**63045 [1]**  8/5
**63105 [1]**  2/14
**63128 [1]**  9/9
**64 [1]**  3/8
**69 [1]**  3/10

# 7

**7/23/2020 [1]**  46/18
**7733 [1]**  2/13

# A

**ability [1]**  69/10
**able [8]**  12/11 16/12 24/19
25/12 25/13 29/17 38/4 54/13
**about [46]**  14/3 14/13 17/10
17/14 17/23 18/21 21/21 23/2
23/12 23/19 25/10 25/12
25/13 25/16 26/10 26/16
26/19 28/14 30/1 33/18 37/9
37/12 37/12 37/20 40/6 44/11
45/15 45/17 49/10 50/15

**50/21 51/1 51/12 52/1 52/7**
52/19 52/20 52/22 53/1 53/10
60/18 60/23 66/8 66/9 67/8
67/20
**above [1]**  69/7
**Absolutely [3]**  56/6 67/12
67/23
**ACA [4]**  35/4 35/5 35/19
35/22
**accepted [1]**  67/3
**accepting [1]**  32/12
**accordance [3]**  4/8 4/14 5/4
**account [17]**  14/13 31/3 33/6
41/15 42/6 42/7 42/8 42/15
44/15 45/8 45/13 45/20 54/4
61/22 64/21 66/13 67/22
**accountant [1]**  60/9
**accountants [2]**  60/7 60/13
**accounting [1]**  60/15
**accounts [17]**  29/4 29/21
30/20 30/22 32/15 32/21 33/8
33/9 33/19 41/18 41/19 42/3
42/10 52/4 54/6 54/7 55/16
**accuracy [1]**  67/2
**accurate [11]**  32/6 37/6
42/22 52/12 52/14 56/8 57/2
57/4 60/3 60/6 67/17
**acquaintances [2]**  20/11
21/6
**acquire [1]**  14/10
**acquisition [4]**  17/8 17/23
64/22 65/2
**Act [4]**  34/6 34/7 35/1 35/2
**action [2]**  28/21 69/16
**active [3]**  29/10 35/4 35/5
**activities [1]**  10/8
**activity [1]**  12/5
**actually [13]**  11/3 18/17
18/22 25/3 34/11 39/22 41/7
48/6 48/16 51/8 60/22 61/7
66/9
**adapted [1]**  34/5
**add [2]**  49/8 50/14
**added [2]**  17/19 35/22
**additional [2]**  29/13 44/4
**address [5]**  8/3 8/9 9/2 9/7
29/14
**adequately [1]**  62/4
**ADJUSTMENT [1]**  1/8
**admin [1]**  44/20
**administrative [1]**  11/1
**advocates [1]**  35/8
**affirm [1]**  36/15
**aforementioned [1]**  69/8
**after [9]**  21/22 22/12 22/15

**A**

**after...** [6] 22/17 22/21 37/7 40/1 40/4 40/20
**again** [10] 19/13 36/22 40/10 41/2 44/6 44/16 50/11 52/15 59/13 63/15
**against** [2] 47/11 53/9
**agencies** [3] 29/23 36/4 37/9
**agency** [6] 11/19 11/20 21/9 54/12 55/18 55/19
**ago** [4] 9/2 12/13 39/6 63/9
**agreeable** [1] 7/20
**agreed** [4] 5/7 15/14 15/14 15/23
**agreement** [2] 67/7 67/16
**agreements** [4] 14/12 56/7 57/8 67/1
**ahead** [1] 50/8
**ALABAMA** [13] 1/2 2/6 2/9 12/6 12/11 12/12 20/9 20/13 21/17 36/3 37/2 39/13 69/1
**all** [35] 4/12 4/18 4/22 5/2 6/14 6/18 8/9 9/1 10/8 10/22 11/14 11/22 14/11 19/23 21/5 22/5 27/7 29/22 32/3 32/14 36/18 38/4 41/23 43/12 44/9 49/15 51/9 52/18 54/6 54/22 56/15 58/16 64/9 66/18 67/1
**allegations** [2] 17/3 34/17
**alleged** [3] 48/15 49/9 50/14
**allotted** [1] 33/6
**allow** [1] 54/11
**allowed** [1] 57/8
**along** [1] 61/11
**already** [5] 23/21 49/15 49/22 49/23 52/15
**also** [12] 7/13 7/22 16/14 18/7 18/8 34/11 43/19 49/15 51/6 55/14 61/5 65/5
**always** [1] 9/1
**am** [5] 13/11 16/5 39/17 69/15 69/17
**American** [1] 35/20
**amount** [1] 15/14
**AmSher** [1] 21/12
**and/or** [2] 29/16 36/5
**Andrea** [1] 23/8
**Angela** [2] 10/15 10/22
**annually** [2] 56/21 56/21
**another** [12] 42/7 42/7 43/18 44/3 44/16 45/13 45/14 45/23 53/8 53/17 57/16 59/12
**answer** [14] 12/7 19/9 19/20 27/2 33/22 34/3 34/21 37/4

**answered** [5] 26/6 26/22 34/11 40/7 49/14
**answering** [1] 27/20
**answers** [4] 7/22 27/3 27/16 69/10
**any** [43] 6/12 7/22 12/8 12/9 12/22 13/14 14/19 20/8 20/11 21/5 21/19 23/14 24/7 25/12 25/16 25/21 26/18 28/14 29/3 30/2 33/13 42/17 42/18 45/8 51/23 52/1 55/22 55/22 55/23 56/4 57/3 61/6 61/19 61/22 62/2 62/18 62/21 63/2 63/4 63/6 63/11 68/2 68/9
**anybody** [1] 8/6
**anymore** [2] 26/9 40/23
**anyone** [9] 21/3 21/13 23/11 25/16 25/20 28/1 29/7 29/8 29/9
**anything** [12] 11/13 23/3 23/20 24/1 24/18 27/23 44/7 45/7 45/15 45/17 51/4 54/19
**anyway** [1] 19/20
**anywise** [1] 69/17
**apologize** [5] 18/13 34/8 38/21 55/11 55/12
**apparently** [1] 27/9
**appear** [1] 54/15
**appears** [1] 42/14
**applicable** [5] 4/9 4/15 4/19 5/4 37/1
**applies** [2] 54/5 58/12
**apply** [2] 54/6 67/21
**appreciate** [5] 24/12 30/4 34/19 64/14 65/20
**approximately** [3] 1/22 13/20 30/6
**April** [1] 66/12
**are** [56] 4/13 4/20 5/3 6/8 9/15 10/9 10/10 10/11 12/2 12/2 12/4 12/6 12/7 12/8 12/8 12/11 12/22 13/10 13/17 13/19 16/4 21/8 22/7 25/12 25/12 27/16 29/17 30/5 30/7 31/8 31/9 32/5 33/12 34/8 34/16 35/4 35/5 35/8 35/11 35/13 35/13 35/14 40/3 41/8 42/3 42/9 44/12 44/13 45/5 45/6 48/18 54/13 55/16 59/16 64/9 67/6
**area** [5] 13/22 22/18 22/22 48/4 48/5
**as** [49] 1/20 4/13 4/20 5/1 5/2

**40/15 44/21 50/4 50/8 63/2 63/4**

**5/9 6/4 7/4 10/23 10/23 13/2 14/15 14/19 14/20 15/9 17/21 33/3 34/1 34/18 36/19 37/2 37/5 37/5 37/10 40/7 41/20 43/6 43/18 44/18 47/3 47/18 54/8 55/2 57/2 57/9 59/14 59/15 59/21 60/3 60/3 60/5 62/15 62/17 62/17 64/11 64/19 64/19 65/6 67/8**
**aside** [2] 12/19 25/14
**ask** [13] 14/2 14/4 20/8 25/10 25/11 31/16 33/11 41/10 44/22 48/9 54/2 59/20 63/14
**asked** [7] 4/13 5/3 8/9 26/6 27/23 49/14 60/23
**asking** [2] 36/11 62/10
**asks** [1] 36/5
**asset** [6] 14/7 15/17 16/12 32/11 64/21 65/2
**assets** [18] 14/4 14/10 14/23 15/9 15/10 15/12 15/15 16/9 16/19 36/18 37/7 37/14 40/4 45/18 45/21 47/19 59/23 60/4
**Associates** [1] 42/10
**Association** [2] 35/6 35/21
**assume** [6] 28/5 28/9 28/18 38/17 67/9 67/10
**assuming** [3] 25/19 36/9 38/13
**Atlanta** [1] 48/5
**attached** [1] 23/23
**attempt** [2] 51/3 51/7
**attempted** [3] 28/15 28/20 52/4
**attempting** [5] 28/12 33/13 49/10 50/15 63/13
**attempts** [2] 29/19 34/23
**attend** [2] 20/2 35/9
**attest** [2] 33/15 36/20
**attorney** [17] 2/8 7/13 8/7 17/2 23/6 24/10 25/18 38/18 47/22 47/23 48/23 49/2 53/23 54/4 54/8 54/13 54/18
**attorney's** [2] 39/11 53/9
**attorneys** [4] 4/4 26/1 54/21 55/4
**audit** [1] 35/13
**aunt** [2] 20/12 20/23
**authorization** [1] 29/18
**Auto** [1] 19/12
**available** [1] 16/11
**avoid** [3] 14/1 34/5 34/23
**avoiding** [1] 62/13
**aware** [3] 16/23 52/3 67/6

**B**

**back [10]** 10/18 14/4 20/12 22/21 36/22 38/19 38/22 41/6 59/4 59/5
**backwards [1]** 15/22
**bad [1]** 44/13
**balance [2]** 55/20 59/21
**balances [1]** 42/16
**BALDWIN [1]** 69/2
**bank [1]** 14/13
**bankruptcy [1]** 29/7
**Barnhart [1]** 23/1
**base [1]** 30/8
**based [5]** 30/23 37/4 39/5 40/13 58/7
**basis [4]** 30/8 43/16 52/14 62/10
**bates [9]** 24/18 43/21 53/18 55/5 55/14 57/19 59/17 65/9 66/3
**be [45]** 4/6 4/8 7/22 11/15 16/13 18/19 20/1 20/5 21/4 24/15 24/18 25/1 28/17 29/9 29/19 29/23 30/1 34/1 35/12 36/10 37/5 41/12 42/1 43/12 43/14 44/3 44/16 44/17 44/18 45/1 46/4 46/23 51/22 54/15 54/18 54/20 57/10 58/18 58/21 59/8 59/16 59/17 60/6 61/15 64/4
**because [13]** 16/11 18/19 30/1 31/11 33/15 34/1 36/15 37/20 40/20 41/20 43/7 43/13 67/10
**Becky [2]** 10/16 11/1
**been [22]** 7/2 8/17 8/18 9/1 9/3 16/14 17/11 20/1 20/3 20/20 22/5 25/22 29/8 29/9 30/16 32/11 49/22 55/17 58/22 59/11 66/14 67/7
**before [26]** 1/20 4/6 7/15 8/20 17/7 17/7 17/16 17/17 27/14 27/17 28/8 36/17 38/3 39/19 45/18 45/20 49/3 51/1 51/11 53/10 56/11 61/2 61/17 61/21 63/11 67/3
**Begard [1]** 48/3
**beginning [3]** 32/16 56/12 60/23
**begins [2]** 41/9 55/5
**behalf [2]** 38/19 52/20
**behind [1]** 56/11
**behoove [1]** 52/18
**being [2]** 19/8 58/19

**believe [16]** 15/22 16/13 29/9 30/6 32/13 32/15 33/16 35/21 36/21 45/2 45/22 51/4 53/6 54/18 56/9 63/16
**BELL [6]** 2/12 3/8 8/7 39/16 64/17 66/2
**below [1]** 16/13
**beside [1]** 27/9
**best [1]** 69/9
**bet [1]** 58/7
**Better [3]** 51/18 63/21 63/23
**between [2]** 4/2 26/2
**Beyond [1]** 50/3
**bifocals [1]** 44/13
**bill [1]** 61/10
**Birmingham [3]** 2/6 21/10 39/13
**bit [7]** 20/1 20/18 31/14 34/13 45/3 63/9 66/8
**bitty [1]** 22/9
**blocks [1]** 65/14
**Bloomington [1]** 22/17
**blow [1]** 29/23
**blue [1]** 42/6
**board [1]** 12/19
**bogus [1]** 16/21
**bookkeeper [1]** 11/2
**born [1]** 22/8
**both [6]** 35/4 35/9 35/10 35/12 36/14 48/8
**bottom [1]** 46/13
**bought [8]** 14/4 30/11 30/20 30/22 36/18 37/7 40/4 40/22
**Boulevard [1]** 2/13
**bounce [1]** 29/11
**box [2]** 44/22 66/9
**braggartly [1]** 35/16
**Brandon [6]** 15/4 17/2 18/2 19/17 26/20 49/1
**break [8]** 13/8 15/17 38/8 38/10 39/1 60/19 60/20 64/7
**Brian [4]** 10/15 10/21 11/16 23/9
**briefly [3]** 10/19 11/17 21/21
**bring [2]** 24/7 24/10
**BRITTINGHAM [14]** 1/5 7/12 28/5 29/2 32/1 33/3 55/3 55/4 55/23 61/1 62/3 62/18 63/1 63/5
**Brittingham's [8]** 33/6 41/15 41/20 42/20 43/19 45/20 61/18 61/22
**broke [1]** 10/5
**broken [2]** 15/10 15/12
**brought [2]** 19/14 24/11

**bureau [10]** 46/4 46/10 46/21 46/21 51/19 59/11 63/22 64/1 65/15 66/4
**bureaus [8]** 32/3 46/7 47/6 51/1 51/11 63/12 66/11 66/18
**business [18]** 8/3 11/4 13/3 16/14 26/19 32/12 37/17 37/21 37/22 38/2 40/1 40/3 48/14 51/18 57/11 63/21 63/23 65/6
**buy [5]** 14/16 15/9 16/9 40/20 40/21
**buyer [3]** 30/10 31/7 32/8
**buyers [3]** 30/7 31/1 57/10
**buying [1]** 57/12

**C**

**CACi [56]** 8/11 8/12 8/15 8/17 8/18 8/20 9/3 10/4 10/20 11/8 11/17 12/17 12/18 13/14 14/4 14/18 16/3 18/3 21/16 25/15 26/11 26/19 26/21 28/15 30/10 30/11 30/12 30/13 30/14 34/23 36/5 36/6 36/14 36/14 37/10 40/11 41/3 41/9 46/1 46/6 50/19 50/22 51/10 52/20 53/18 53/18 54/3 57/19 58/19 58/21 59/18 61/6 61/17 61/21 63/9 66/17
**CACi's [1]** 37/19
**California [1]** 22/8
**call [3]** 19/12 33/1 62/7
**called [3]** 22/9 22/14 55/16
**calls [1]** 29/16
**came [8]** 17/5 17/15 17/18 33/19 37/12 40/6 48/23 49/1
**camera [1]** 23/10
**can [39]** 7/23 13/5 14/14 19/5 19/9 21/14 24/14 24/22 27/10 28/23 29/13 29/23 31/2 34/2 34/7 34/21 34/22 39/6 39/8 41/1 41/17 43/21 44/10 48/6 50/8 51/7 51/17 52/20 53/10 55/2 56/19 56/23 59/15 65/16 65/21 66/7 66/8 66/8 68/5
**can't [3]** 36/15 36/20 47/15
**cancel [3]** 44/23 44/23 45/1
**canceled [3]** 32/14 45/5 66/13
**Cape [1]** 22/16
**car [1]** 42/2
**card [1]** 42/3
**Carolina [1]** 12/4
**case [15]** 1/7 7/13 20/2 23/5 23/17 32/1 34/17 38/18 38/19

## C

case... [6] 39/14 39/16 39/23 62/4 62/5 67/6
cash [1] 16/11
categories [1] 15/21
cause [1] 69/18
CB [4] 46/20 46/20 66/14 66/16
CCR [1] 69/22
center [1] 19/12
central [2] 22/3 22/9
CEO [2] 9/16 9/19
certain [3] 29/21 29/21 47/17
CERTIFICATE [1] 3/10
certification [3] 4/21 27/12 35/10
Certified [1] 69/21
certify [2] 69/6 69/15
CFPB [1] 54/10
change [6] 9/20 12/14 44/7 44/7 63/15 63/17
changed [1] 63/10
changing [1] 63/20
charge [1] 58/9
charged [2] 16/17 16/20
chart [1] 26/12
check [1] 68/1
Chicago [2] 22/17 22/19
children [1] 23/1
Ciskey [6] 10/16 11/4 23/8 27/12 35/8 58/8
City [3] 8/4 8/4 23/2
Civil [5] 4/10 4/16 4/20 5/5 5/10
clarified [1] 64/18
clarify [2] 53/7 59/1
class [6] 62/4 62/5 62/14 62/15 62/16 62/19
classified [1] 43/13
clear [1] 64/19
client [16] 14/11 29/12 30/16 30/18 31/8 32/19 44/18 45/2 45/4 45/14 45/22 46/14 56/7 56/23 67/5 67/11
clients [15] 14/13 29/5 29/22 30/5 30/5 30/6 30/7 31/4 31/16 32/10 38/1 56/16 67/1 67/16 68/2
close [2] 36/12 60/6
code [1] 66/16
collect [10] 11/21 12/12 28/12 28/15 29/20 30/13 31/17 33/13 48/16 52/4
collected [3] 49/7 50/12 52/9

collecting [2] 29/1 50/23
collection [18] 11/19 11/20 12/5 21/9 28/21 29/3 34/6 35/1 37/19 37/19 41/13 48/14 49/8 50/13 54/5 55/18 55/19 56/12
collections [4] 21/11 55/16 55/16 62/1
Collectors [1] 35/21
college [4] 21/23 22/1 22/2 22/3
combination [1] 29/15
come [9] 14/17 20/18 36/12 45/17 45/19 45/20 47/6 53/15 61/10
comes [1] 35/17
comfortable [1] 47/21
commencing [1] 1/21
Commission [6] 17/22 26/17 26/19 47/13 49/4 69/21
Commissioner [1] 1/20
communicate [3] 49/10 50/15 54/14
communicated [1] 36/4
communicating [1] 51/11
communication [1] 54/3
Community [1] 22/2
companies [1] 12/23
company [11] 1/8 8/12 9/10 9/16 9/19 10/9 13/1 18/10 18/23 25/23 36/17
compared [1] 57/2
complaint [11] 23/22 24/5 34/16 36/7 47/11 49/17 49/17 49/18 50/2 52/7 52/17
complaints [5] 51/19 51/20 52/1 63/21 63/23
complete [1] 36/16
completed [1] 22/15
completion [1] 36/21
compliance [3] 11/5 27/15 58/10
compliant [1] 51/19
components [2] 31/20 32/5
concluded [1] 68/13
conclusion [1] 62/8
conclusive [1] 54/19
conduct [1] 13/3
conducted [1] 35/14
conference [1] 8/6
confidential [5] 43/7 43/8 43/12 59/14 59/17
conflict [1] 62/18
Connecticut [1] 12/3
consider [2] 51/6 51/21

consistently [1] 48/18
consulting [1] 13/1
consumer [23] 1/8 16/21 32/1 41/16 41/22 47/5 50/22 51/1 51/5 51/8 51/12 51/21 53/20 53/22 54/6 54/7 54/11 54/14 54/17 58/3 58/19 58/22 63/6
consumers [14] 37/9 48/15 48/16 49/10 50/15 51/3 51/11 52/5 54/3 54/20 58/12 61/7 63/11 63/13
consumers' [2] 49/9 50/14
contact [10] 18/15 18/18 50/23 51/1 51/3 51/8 51/10 53/20 57/9 63/13
contacted [1] 58/21
contacting [2] 57/6 63/11
contacts [2] 51/7 54/12
contained [1] 54/19
contains [1] 44/17
contingency [1] 30/8 64/23
continually [1] 31/12
continued [2] 37/8 37/21
continuity [1] 37/16
contractually [2] 56/7 57/13
contractural [2] 67/1 67/15
conversation [2] 39/6 47/21
conveyed [1] 25/22
Conway [2] 18/8 19/16
copy [2] 25/5 41/12
corporate [5] 20/5 37/16 38/14 39/10 40/11
corporation [1] 40/20
correct [35] 9/6 16/16 18/4 18/6 18/11 26/4 28/13 30/21 32/4 37/11 38/5 40/5 41/16 45/11 52/23 56/5 57/15 58/10 58/11 60/1 60/11 61/3 61/5 63/7 64/22 64/23 65/4 66/6 66/18 66/19 66/21 67/3 67/18 67/19 69/13
could [8] 30/1 33/23 38/21 44/20 50/10 59/1 59/3 65/13
couldn't [2] 20/20 26/7
counsel [7] 39/5 39/18 42/23 59/14 62/3 65/19 69/15
counterfeit [1] 52/10
COUNTY [1] 69/2
couple [5] 23/6 26/14 30/11 36/11 41/7
course [3] 18/7 43/1 43/10
court [9] 1/1 2/21 7/17 47/11 48/7 59/3 59/5 69/5 69/21
creating [1] 58/4

## C

**credit [28]**  27/1 34/6 35/2 36/3 36/4 37/9 41/23 46/4 46/7 46/10 46/21 46/21 47/6 49/9 50/14 51/1 51/4 51/11 55/3 58/13 58/20 58/23 59/1 63/12 65/14 66/4 66/11 66/18
**creditor [5]**  34/1 55/18 55/21 57/6 57/11
**creditors [1]**  30/7
**curiosity [1]**  57/5
**current [2]**  13/2 42/16
**currently [2]**  13/3 30/14
**customer [2]**  47/4 50/22
**cut [1]**  57/12
**CV [1]**  1/7

## D

**DANNY [3]**  1/5 28/5 62/23
**data [5]**  38/4 56/6 56/9 56/11 60/14
**datable [1]**  44/17
**date [12]**  44/23 44/23 45/1 45/1 46/22 46/22 46/22 46/23 51/15 55/19 55/20 58/7
**dated [1]**  46/17
**dates [1]**  36/17
**days [2]**  30/2 59/9
**DBA [2]**  37/21 40/22
**deal [2]**  15/2 18/8
**death [1]**  57/10
**Debra [7]**  10/16 11/4 23/8 27/12 27/22 35/7 58/7
**debt [37]**  11/20 17/5 17/20 21/9 28/12 28/15 29/1 29/2 29/3 29/20 30/7 30/8 30/10 30/12 31/1 31/2 31/7 32/5 32/8 34/6 35/1 48/14 49/7 49/8 50/12 50/13 50/23 51/12 55/17 57/10 57/12 58/13 58/22 64/20 64/21 64/23 66/10
**DebtNet [2]**  41/12 45/13
**debtor [3]**  41/17 41/21 41/22
**debts [20]**  11/21 16/21 30/13 31/13 31/16 33/13 42/12 42/19 48/15 48/15 48/17 48/17 48/18 49/7 49/9 49/11 50/12 50/14 50/16 52/10
**deceased [1]**  29/9
**December [2]**  32/16 32/17
**decent [2]**  18/22 19/21
**decide [1]**  16/9
**decided [1]**  51/22

**decision [3]**  17/15 17/18 47/19
**Defendant [4]**  1/10 2/11 38/13 39/9
**defendants [9]**  48/12 48/13 48/16 48/18 49/6 49/8 50/11 50/13 52/8
**defendants' [1]**  65/9
**definitions [1]**  15/18
**degrees [1]**  21/23
**deleted [2]**  46/23 66/12
**deletion [1]**  66/17
**demonstrate [1]**  58/1
**depo [2]**  6/13 25/6
**DEPONENT [9]**  3/5 9/11 19/19 20/17 40/18 43/11 44/2 53/14 59/7
**deposition [20]**  1/15 1/19 4/4 4/8 4/23 5/9 6/1 6/19 7/14 23/4 23/15 24/8 24/15 25/1 25/4 25/11 43/4 59/17 60/22 68/13
**depositions [1]**  28/23
**describe [2]**  28/19 56/19
**designate [1]**  43/5
**detail [1]**  34/4
**determine [1]**  57/4
**development [1]**  11/4
**did [55]**  9/10 9/22 10/1 13/12 13/13 13/15 14/10 14/22 15/1 15/9 15/11 16/3 17/10 17/13 17/22 18/8 18/21 22/1 23/3 23/7 23/14 23/22 24/7 27/20 31/10 32/23 33/2 33/5 34/14 36/19 37/13 39/13 40/20 49/11 50/16 50/18 51/10 51/14 52/1 52/22 56/3 56/13 56/17 58/4 58/5 58/6 60/7 61/17 61/21 63/15 63/17 64/20 65/5 66/17 66/20
**didn't [11]**  9/20 14/16 15/16 16/5 16/7 18/12 24/10 35/15 40/21 47/15 67/14
**died [1]**  10/5
**different [7]**  29/13 42/3 42/12 42/15 42/16 44/10 47/9
**difficulty [1]**  32/20
**direct [4]**  10/12 10/14 30/18 58/18
**directly [6]**  10/9 26/11 47/5 57/6 57/9 57/11
**director [1]**  12/22
**directors [1]**  12/19
**directs [1]**  54/3
**disclosure [3]**  38/14 39/10

39/22
**discovery [1]**  24/5
**discussed [1]**  59/15
**discusses [1]**  54/16
**discussion [1]**  53/12
**discussions [1]**  26/16
**disputed [7]**  31/13 47/1 47/3 47/4 47/5 58/13 66/15
**disputes [5]**  17/4 32/3 57/17 58/3 58/19
**disseminating [1]**  53/16
**dissolved [1]**  26/5
**distressed [1]**  16/12
**DISTRICT [4]**  1/1 1/2 47/10 47/10
**do [80]**
**document [24]**  27/17 38/17 39/4 39/19 41/10 43/1 43/9 45/23 46/3 46/17 47/9 53/17 54/20 55/1 55/2 55/4 55/6 57/16 58/4 58/6 59/12 59/13 59/14 60/12
**documentation [1]**  56/23
**documents [12]**  23/14 23/23 24/7 24/9 33/12 39/5 41/7 41/8 55/8 55/22 56/22 59/16
**does [32]**  5/8 10/19 11/7 11/17 13/3 13/14 14/19 18/11 21/11 21/16 21/17 21/18 21/20 26/11 30/13 34/18 34/19 35/19 40/13 41/17 44/23 46/20 47/2 47/4 50/19 52/19 54/6 54/11 54/15 61/12 62/19 66/9
**doesn't [3]**  52/16 62/18 67/21
**doing [4]**  15/7 19/2 48/22 49/12
**dollars [1]**  60/1
**Don [1]**  10/3
**don't [68]**  7/21 12/7 12/10 14/21 15/12 15/20 16/2 17/11 17/16 17/20 19/13 20/19 21/1 21/1 23/18 23/20 25/21 26/6 26/7 26/7 26/8 26/8 26/13 27/5 27/22 28/4 28/16 31/2 33/10 33/15 33/16 33/20 36/15 39/20 40/3 40/19 40/23 41/1 41/3 42/17 42/21 43/15 45/7 45/17 47/14 47/14 51/6 51/9 51/15 51/20 53/1 53/2 53/4 53/6 56/11 56/20 57/23 59/9 61/20 62/5 62/13 62/20 62/21 62/23 62/23 64/2 65/11 68/9

## D

done [2] 43/17 56/10
DORGAN [6] 1/20 2/21 4/6 4/21 69/5 69/20
doubt [2] 33/16 62/21
down [18] 7/18 7/23 10/5 17/15 17/18 18/15 18/17 22/11 36/1 39/18 41/3 42/4 43/18 46/13 48/9 49/6 52/7 69/9
dual [1] 37/20
during [3] 33/6 58/17 64/1
duties [2] 9/15 9/17
Dynamic [2] 45/15 45/22

## E

e-mailed [1] 29/16
e-OSCAR [2] 32/2 47/7
each [3] 10/19 15/17 68/1
EARL [2] 2/7 7/13
Earlier [1] 60/22
early [1] 40/19
Earth [2] 8/4 8/4
Eastern [1] 47/10
Ebling [2] 10/16 11/2
Eckles [2] 10/17 11/1
edit [1] 44/6
education [5] 21/21 35/3 35/7 35/10 35/18
either [6] 19/1 30/7 31/23 32/15 47/5 61/10
electronic [1] 38/1
electronically [2] 29/5 65/12
elements [1] 17/19
eliminate [1] 21/3
else [5] 21/13 24/1 25/16 28/1 30/19
emersion [1] 54/10
employees [9] 10/19 13/14 14/15 14/16 21/19 25/14 25/15 25/23 61/7
employer [1] 44/4
end [2] 21/1 32/15
engage [1] 50/19
engaged [2] 48/20 50/17
entire [1] 13/18
entitled [1] 57/17
entity [2] 37/16 45/16
entry [1] 55/11
Equifax [1] 55/3
equity [3] 9/21 12/13 18/2
ESQUIRE [3] 2/4 2/7 2/12
essentially [2] 15/20 43/15
estimate [2] 36/7 36/10

even [7] 17/20 40/7 40/23 51/6 53/1 54/12 62/23
events [1] 35/9
ever [13] 7/14 13/12 13/14 17/22 30/10 30/16 45/18 47/13 47/14 55/6 55/23 57/3 61/7
every [4] 4/22 60/15 67/11 67/21
everyone [1] 10/13
everything [4] 19/21 24/20 30/2 37/18
exactly [2] 12/10 18/14
examination [5] 3/7 3/8 4/5 7/6 64/16
examined [1] 7/4
example [3] 44/18 52/8 57/7
Excellent [1] 68/7
except [4] 5/1 8/7 44/19 45/8
exception [2] 12/1 61/9
exceptions [1] 12/2
exchange [1] 34/12
executive [1] 27/14
exhibits [6] 3/16 3/17 6/6 6/16 43/6 59/16
exist [1] 14/19
expect [1] 20/5
expected [1] 20/2
expires [1] 69/21
explain [2] 34/4 45/3
explained [1] 49/23
Expressway [1] 8/4
extended [1] 59/9
extent [1] 12/8
externally [1] 35/12
extremely [1] 51/21
eye [1] 18/14
eyes [1] 44/12

## F

fact [3] 16/17 31/16 56/3
factor [1] 63/20
factual [2] 49/20 62/10
fair [8] 32/21 32/22 34/5 34/6 35/1 35/2 60/3 60/6
Fairhope [1] 2/9
fairly [1] 62/3
familiar [4] 13/10 28/5 49/16 55/9
family [2] 20/8 22/23
fantasy [1] 63/1
far [5] 14/20 37/3 37/5 60/3 62/17
FCRA [1] 34/18
FDCPA [1] 34/17

Federal [5] 17/22 26/17 26/18 47/12 49/3
fell [1] 10/5
Ferry [1] 9/8
few [2] 14/3 17/17
figure [1] 18/18
file [3] 38/1 60/15 61/18
filed [8] 25/19 29/7 38/17 38/18 47/12 61/2 61/17 61/21
files [2] 38/1 61/18
filing [3] 4/23 36/7 63/18
final [2] 17/17 45/12
Financial [2] 45/15 45/22
find [2] 17/13 32/23
fine [1] 38/9
finish [1] 7/19
firm [3] 2/5 25/19 39/14
first [7] 17/1 49/10 49/14 50/15 51/1 59/8 66/12
fishing [1] 25/21
five [1] 60/18
floor [1] 9/9
flow [2] 16/11 29/19
flowchart [1] 26/11
focus [1] 44/15
folks [2] 13/17 36/11
follow [2] 64/11 68/10
follow-up [2] 64/11 68/10
following [5] 6/1 17/4 35/14 57/19 59/18
follows [1] 7/4
football [1] 63/1
foregoing [2] 69/7 69/12
form [7] 4/13 5/2 6/4 6/4 14/19 43/18 44/6
formally [1] 32/14
formats [1] 38/1
former [1] 16/3
formulate [1] 31/15
Forsyth [1] 2/13
Foster [1] 39/12
found [1] 39/5
four [3] 15/21 22/10 22/11
frankly [4] 17/19 26/8 47/15 56/21
friendly [1] 51/21
friends [2] 20/11 21/5
front [4] 27/6 27/9 27/19 57/22
Frost [2] 2/12 39/15
FTC [7] 16/15 16/18 16/20 18/1 50/2 52/1 52/17
full [1] 36/16
functions [3] 9/16 9/19 35/13
furniture [1] 15/19

**further [5]**  4/12 4/18 5/7 68/7
69/15

**G**

**gave [2]**  9/2 31/22
**gears [1]**  19/23
**general [4]**  8/23 9/17 9/23
12/14
**generally [2]**  23/12 29/3
**gentlemen [1]**  26/9
**Georgia [1]**  48/5
**germane [1]**  43/14
**get [7]**  16/12 20/21 29/13
33/23 56/23 57/11 66/23
**gets [1]**  50/22
**Girardeau [1]**  22/16
**give [3]**  43/21 60/14 61/10
**given [3]**  28/14 68/2 69/13
**go [20]**  6/7 6/9 9/16 9/19
10/18 13/5 22/1 25/20 35/9
36/6 36/22 38/7 41/6 44/7
44/9 50/8 53/8 57/10 64/5
65/9
**goes [1]**  20/3
**going [12]**  24/14 25/13 33/11
33/16 34/10 45/6 45/6 53/7
59/16 60/17 62/14 64/3
**gone [3]**  45/18 45/19 45/20
**gonna [14]**  19/5 24/18 36/22
40/8 41/23 42/1 42/2 42/2
45/23 49/13 52/13 62/6 62/7
63/2
**good [7]**  6/14 7/18 15/20
19/15 24/11 29/17 35/7
**goodness [1]**  10/7
**Google [1]**  20/21
**got [8]**  16/7 18/22 37/17 38/6
40/23 44/13 56/6 65/22
**gotten [1]**  18/14
**Grace [1]**  23/8
**grade [1]**  22/13
**great [1]**  24/21
**GREGORY [19]**  2/4 2/5 3/7
7/7 7/11 13/9 24/13 24/17
24/23 25/4 25/9 34/20 38/11
39/2 50/7 52/21 54/1 60/21
62/11
**group [2]**  45/12 56/22
**guarantee [2]**  67/2 67/16
**guess [7]**  23/8 25/21 28/22
29/10 35/20 46/5 61/13
**guy [1]**  24/11

**had [32]**  7/14 16/11 16/14
16/14 16/20 17/7 17/9 17/19
24/9 26/6 26/18 27/13 28/8
28/10 32/9 32/9 32/20 39/6
45/17 45/19 45/20 47/22 52/3
56/9 59/11 61/1 64/1 64/1
66/14 66/23 67/2 67/7
**handful [1]**  25/23
**handles [1]**  10/22
**handy [2]**  65/11 65/18
**happen [1]**  61/12
**happening [1]**  50/1
**happens [1]**  11/13
**hardware [1]**  15/19
**has [14]**  19/14 25/22 28/14
30/16 39/11 41/14 43/3 43/19
52/13 55/18 58/21 58/22
62/10 65/14
**have [108]**
**haven't [3]**  18/14 20/3 23/20
**having [1]**  7/2
**Hazelton [1]**  39/12
**he [31]**  10/4 10/5 10/5 10/22
11/13 11/14 15/6 18/5 18/9
18/11 19/4 21/9 28/11 39/17
40/13 40/15 41/22 48/4 48/5
48/5 50/1 50/4 52/13 52/16
52/19 54/12 56/3 56/10 62/10
62/19 62/21
**he's [6]**  15/7 19/2 49/15
49/16 49/23 52/15
**head [6]**  8/1 12/10 14/14
16/2 21/15 27/5
**headed [1]**  27/22
**headquarters [1]**  9/11
**hear [2]**  10/7 18/12
**heard [4]**  17/7 21/13 28/8
61/1
**hearings [1]**  69/14
**heavy [1]**  37/23
**Heights [2]**  22/19 22/22
**held [7]**  6/1 13/8 38/10 39/1
53/13 60/20 64/7
**help [1]**  54/23
**helped [3]**  23/9 28/1 41/2
**helps [1]**  41/4
**her [2]**  27/13 28/1
**here [15]**  18/13 21/6 24/14
27/16 30/1 33/11 39/23 41/9
41/11 42/18 44/6 45/12 45/23
54/23 62/15
**hereby [1]**  69/6
**hereinafter [1]**  5/1

**hereto [2]**  4/3 5/8
**high [2]**  21/22 22/15
**highlighted [1]**  42/5
**him [8]**  18/9 18/21 28/8
40/14 49/1 50/3 61/2 61/4
**hire [1]**  39/13
**hired [1]**  39/15
**his [8]**  10/3 10/6 15/5 19/8
21/11 48/6 62/3 63/1
**hold [1]**  53/16
**house [1]**  60/10
**housed [3]**  46/9 46/11 66/5
**how [19]**  8/17 11/4 12/7
13/19 15/10 15/19 15/19
18/18 20/21 26/7 28/14 31/19
32/8 33/18 34/23 37/12 38/2
40/6 63/23
**however [2]**  37/15 45/14

**I**

**I'd [1]**  38/7
**I'll [8]**  7/19 19/8 20/18 31/14
40/14 48/8 50/11 57/16
**I'm [49]**  7/11 7/11 8/16 13/2
13/6 18/15 18/16 18/17 19/5
24/14 25/13 25/19 33/11
33/16 34/10 36/9 36/22 40/8
42/1 42/2 42/2 42/4 43/9
43/17 44/5 45/23 47/17 49/13
52/13 53/6 53/15 53/17 55/1
55/9 55/11 55/14 57/21 60/17
62/6 62/6 62/9 62/12 62/14
62/16 63/2 64/3 65/17 65/18
65/20
**I've [8]**  8/18 17/11 18/22
20/20 21/13 38/6 44/13 65/22
**idea [1]**  15/8
**identification [2]**  3/16 6/17
**identify [2]**  29/7 59/20
**identifying [1]**  58/2
**Illinois [8]**  22/3 22/9 22/10
22/12 22/14 22/17 22/18
22/20
**imagine [1]**  25/18
**immediate [1]**  32/16
**immediately [1]**  16/5
**implemented [1]**  56/15
**impression [1]**  19/15
**inaccurate [1]**  58/15
**inactive [1]**  13/2
**INC [1]**  1/8
**include [1]**  29/15
**included [1]**  29/8
**includes [2]**  36/13 48/12
**including [2]**  22/19 48/15

**indeed [1]** 48/19
**indicate [1]** 55/22
**indulge [1]** 20/18
**industry [1]** 17/11
**information [29]** 25/22 27/1
29/11 29/12 29/13 31/22
31/23 35/17 36/3 37/8 37/18
43/8 43/13 43/20 44/4 44/8
44/17 46/6 46/7 46/8 46/10
50/22 53/15 57/1 57/4 57/9
63/11 66/5 67/17
**initialization [1]** 29/11
**initially [1]** 66/23
**inquiries [1]** 26/18
**instruct [3]** 19/9 40/14 50/3
**integrity [4]** 56/15 56/19
67/14 67/20
**intentionally [2]** 53/6 61/9
**interested [1]** 69/17
**internally [2]** 8/13 35/12
**international [4]** 35/4 35/5
35/22 35/23
**interrogatories [4]** 26/23
27/6 27/13 27/19
**interrogatory [6]** 27/3 27/16
28/19 34/8 34/14 36/1
**interrupt [1]** 7/21
**invalid [2]** 32/23 33/1
**investigated [1]** 16/15
**investigation [1]** 33/7
**invisible [1]** 44/14
**involved [1]** 35/16
**is [150]**
**isn't [2]** 16/18 40/1
**issue [4]** 17/14 26/17 53/8
66/22
**issues [1]** 16/14
**it [145]**
**it's [17]** 6/13 11/3 11/4 18/13
25/19 25/19 27/9 41/23 43/15
43/23 43/23 44/6 47/11 52/14
55/15 55/15 56/21
**ITEM [2]** 3/2 3/15
**its [2]** 9/10 63/10
**itself [3]** 30/10 34/14 64/21

**J**

**Jackson [2]** 39/11 39/17
**January [3]** 8/18 32/17 32/17
**January 2020 [1]** 32/17
**Jerry [2]** 10/16 11/5
**job [3]** 7/18 8/22 9/20
**jobs [1]** 14/17

**Joe [4]** 18/22 18/23 18/23
19/21
**John [1]** 48/3
**Joseph [2]** 18/21 19/16
**JR [3]** 2/7 39/12 39/17
**judgment [1]** 53/9
**July [2]** 66/13 66/20
**July 23rd [2]** 66/13 66/20
**jury [2]** 20/23 21/1
**just [38]** 8/13 9/2 9/13 9/21
10/14 13/5 14/1 15/9 15/16
19/13 20/22 21/3 25/10 26/20
28/11 34/13 35/21 36/6 36/14
37/2 38/21 41/22 44/3 50/11
50/21 51/22 57/9 57/23 59/1
61/22 62/14 63/9 63/14 64/6
65/22 66/7 66/22 68/4

**K**

**Kenny [4]** 18/8 18/9 19/4
19/16
**kept [1]** 40/19
**kind [1]** 15/22
**kinds [1]** 61/18
**knew [2]** 16/20 52/6
**know [72]**
**knowing [3]** 42/17 42/18
42/21
**knowledge [11]** 19/8 19/20
25/16 40/14 50/9 52/2 52/16
52/19 55/22 61/23 63/8
**knowledgeably [1]** 53/3

**L**

**label [1]** 55/5
**labeled [2]** 53/18 59/18
**Lake [1]** 20/19
**language [1]** 47/1
**large [4]** 4/7 52/3 61/13 69/6
**last [2]** 21/4 48/6
**LAUREN [6]** 1/20 2/21 4/6
4/21 69/5 69/20
**law [4]** 2/5 2/8 4/4 39/13
**lawsuit [11]** 23/12 25/17
25/19 28/7 28/8 49/4 61/2
61/17 61/21 62/22 63/18
**lawyer [2]** 23/18 64/10
**lawyers [2]** 7/12 23/11
**layout [1]** 55/10
**lead [1]** 58/8
**learn [1]** 17/10
**lease [1]** 16/6
**least [2]** 6/10 52/8
**left [1]** 13/21
**legal [1]** 62/7

**legally [1]** 12/13
**less [1]** 61/14
**let [12]** 18/19 20/8 27/8 33/12
41/10 44/9 44/22 47/8 48/9
53/8 54/2 59/20
**let's [9]** 10/18 13/19 19/23
24/21 34/3 36/6 41/6 60/18
64/5
**letter [2]** 51/5 51/5
**letters [3]** 29/16 29/16 34/12
**liabilities [1]** 60/4
**liability [1]** 40/21
**licensed [3]** 12/4 12/6 12/8
**licenses [1]** 12/8
**life [1]** 22/5
**lift [1]** 37/23
**light [2]** 25/21 44/12
**like [20]** 11/15 15/18 18/16
19/12 25/3 26/15 29/12 32/1
38/7 41/23 42/9 42/14 45/13
49/21 50/5 51/20 57/5 61/22
62/13 65/15
**limited [1]** 40/21
**line [3]** 40/8 44/14 61/11
**list [4]** 6/6 10/12 13/18 14/2
**listed [8]** 13/2 15/15 15/21
34/1 41/18 46/23 58/20 58/22
**listing [1]** 51/4
**lists [1]** 14/11
**litany [1]** 31/1
**little [9]** 20/1 20/18 22/9
31/14 34/13 45/3 47/8 63/9
66/8
**live [5]** 20/9 20/13 20/14
20/19 35/9
**lived [1]** 22/22
**LLC [5]** 37/16 39/21 40/20
45/15 48/13
**LLC's [2]** 38/14 39/10
**loaded [1]** 29/5
**Loan [11]** 30/16 30/19 33/8
33/14 33/18 46/14 52/4 52/10
55/21 56/1 56/4
**local [2]** 39/18 61/15
**located [2]** 9/1 36/3
**location [2]** 16/6 16/8
**locations [1]** 16/7
**long [3]** 8/17 32/9 55/1
**longer [4]** 45/6 45/6 45/8
51/23
**look [12]** 18/16 26/23 27/3
33/12 34/3 36/23 42/4 42/14
44/5 56/11 57/5 64/3
**looking [15]** 18/15 18/16
18/17 20/21 31/3 39/3 41/4

**looking... [8]** 41/11 42/4
42/18 53/21 55/11 55/14
65/21 66/3
**looks [4]** 25/3 42/9 44/10
45/13
**loose [1]** 15/18
**lot [2]** 35/7 35/9
**Louis [7]** 2/14 9/8 13/22
22/21 23/2 48/4 61/15
**Lowpoint [1]** 22/12
**lump [2]** 15/9 15/16

**M**

**machine [1]** 69/9
**Madam [1]** 59/3
**made [2]** 16/9 28/21
**mail [1]** 44/5
**mailed [1]** 29/16 29/16
**maintain [2]** 45/8 56/16
**maintenance [3]** 34/4 44/15
45/14
**make [11]** 18/18 20/23 29/11
29/20 34/18 35/14 37/17
43/17 50/21 56/23 64/19
**makes [1]** 31/15
**making [2]** 26/20 31/21
**Malone [2]** 2/12 39/15
**management [2]** 26/12 35/6
**manager [4]** 8/23 9/18 9/23
12/14
**manages [2]** 11/13 11/14
**many [6]** 13/19 28/14 33/8
33/18 51/18 63/23
**Maps [1]** 20/21
**March [1]** 1/21
**Marilyn [1]** 22/22
**marked [5]** 3/16 6/17 47/3
59/14 59/17
**market [1]** 16/13
**Martin [3]** 2/12 21/9 39/15
**Massachusetts [1]** 12/3
**material [1]** 49/20
**matter [1]** 69/8
**MATTHEW [1]** 2/12
**may [12]** 4/6 14/2 18/16 29/7
38/8 39/23 43/4 55/19 55/20
64/4 64/10 64/13
**May 17 [1]** 39/23
**maybe [5]** 11/11 11/12 17/15
17/17 29/13
**me [53]** 8/3 9/2 10/12 10/13
10/19 11/17 18/2 18/19 19/14
20/8 21/21 24/2 24/11 25/15

**26/6** 26/10 27/5 27/9 27/9
27/19 27/23 28/23 31/14
33/12 34/7 34/23 37/12 38/9
39/15 41/10 41/19 42/14 44/9
44/11 44/22 47/8 48/6 48/9
51/17 53/8 54/2 57/22 57/23
59/9 59/20 61/1 63/5 63/9
63/14 65/15 66/7 66/9 69/9
**mean [8]** 11/8 35/15 41/19
42/13 44/23 45/19 47/2 47/4
**means [2]** 47/3 57/3
**medical [1]** 48/17
**meet [2]** 18/21 61/7
**members [8]** 11/7 11/9 20/9
23/6 23/7 35/4 35/5 62/19
**memory [1]** 14/2
**mentioned [11]** 11/7 12/9
12/13 17/21 19/15 23/17
24/10 25/15 26/16 27/13 32/7
**merely [1]** 49/18
**merge [1]** 38/4
**message [1]** 51/8
**messages [1]** 29/18
**messes [1]** 44/14
**met [2]** 18/9 61/4
**microphone [1]** 23/10
**middle [3]** 51/15 56/18 63/16
**Midwest [43]** 13/10 13/15
14/3 14/4 14/10 14/19 15/3
15/5 15/6 16/10 17/8 17/13
17/23 18/7 26/3 26/17 33/19
36/5 36/14 36/16 37/7 37/10
37/15 37/15 38/13 39/9 39/21
40/7 40/12 40/22 47/11 47/20
48/12 48/20 48/22 49/3 49/12
50/17 52/3 55/20 64/22 65/2
65/6
**Midwest's [2]** 16/3 47/23
**might [1]** 25/16
**miles [2]** 22/11 23/2
**military [1]** 29/10
**mill [2]** 19/3 19/14
**million [1]** 59/23
**mind [1]** 57/23
**mine [1]** 53/20
**minute [4]** 12/13 27/4 39/6
60/19
**miss [1]** 20/4
**Missouri [8]** 2/14 8/4 9/8
22/4 22/16 22/22 23/1 47/10
**Missourian [1]** 22/5
**moment [3]** 9/2 38/22 53/11
**money [2]** 55/23 56/4
**moniker [1]** 37/22
**Moore [1]** 39/12

**more [10]** 14/3 28/18 28/23
29/23 34/13 38/6 41/7 66/22
67/14 67/20
**mortgage [1]** 42/1
**most [3]** 23/8 31/15 32/23
**move [7]** 9/10 16/3 16/6
29/14 37/22 47/8 52/18
**moved [8]** 22/8 22/11 22/13
22/15 22/16 22/17 22/21
40/23
**moving [1]** 57/21
**Mr [23]** 3/7 3/8 7/7 7/11 7/12
13/9 24/13 24/17 24/23 25/9
33/3 33/6 34/20 38/11 39/2
47/13 50/7 52/21 54/1 60/21
62/11 64/17 66/2
**Mr. [34]** 7/8 8/7 25/4 25/10
32/1 34/21 38/12 38/18 39/3
39/13 39/16 39/16 40/10
41/11 41/15 41/20 42/20
43/19 45/20 53/3 55/4 55/5
55/23 60/23 61/1 61/18 61/22
62/3 62/12 62/17 62/18 63/5
64/8 64/20
**Mr. Bell [2]** 8/7 39/16
**Mr. Brittingham [8]** 32/1
55/3 55/4 55/23 61/1 62/3
62/18 63/5
**Mr. Brittingham's [7]** 41/15
41/20 42/20 43/19 45/20
61/18 61/22
**Mr. Gregory [1]** 25/4
**Mr. Watts [1]** 39/16
**Mr. Weiss [14]** 7/8 25/10
34/21 38/12 39/3 39/13 40/10
41/11 55/5 60/23 62/12 62/17
64/8 64/20
**Mr. Young [1]** 38/18
**MRS [1]** 37/21
**MU [1]** 1/7
**much [6]** 15/19 15/20 29/19
35/3 35/17 64/14
**multiple [4]** 41/17 41/19 51/7
61/13
**my [49]** 10/7 10/12 10/21
10/22 10/23 11/1 11/2 11/5
11/6 12/10 14/14 16/2 16/6
17/2 18/17 19/20 21/14 22/12
22/23 22/23 23/5 23/6 24/10
24/14 25/18 27/5 30/11 36/9
36/10 39/3 41/23 42/1 42/2
42/2 44/12 44/12 44/14 48/21
52/2 53/9 53/15 53/17 55/13
55/15 61/23 63/8 64/4 69/10
69/11

## N

**name [11]**  7/8 10/3 21/4 21/11 28/7 37/14 39/11 40/22 41/20 48/6 63/1
**narrative [1]**  28/22
**narrowed [1]**  54/20
**national [10]**  29/22 30/16 30/19 33/8 33/13 33/18 46/14 55/21 55/23 56/4
**near [1]**  60/22
**nearing [1]**  64/4
**necessarily [1]**  63/19
**neck [1]**  10/6
**need [7]**  7/22 16/7 23/19 43/15 43/15 55/12 65/13
**needs [2]**  26/13 43/12
**negotiate [1]**  14/22
**negotiated [1]**  15/2
**negotiating [1]**  18/7
**neither [2]**  61/6 69/15
**Nevada [1]**  12/3
**never [4]**  17/5 28/8 61/1 61/4
**new [4]**  12/4 12/5 18/14 46/6
**newish [1]**  44/13
**newly [1]**  54/9
**next [2]**  43/23 44/9
**no [36]**  1/7 6/6 8/8 9/4 9/5 9/6 10/5 12/21 13/1 13/13 15/8 16/22 20/3 20/10 21/14 21/23 22/6 23/13 24/3 26/2 27/5 28/3 30/18 32/17 39/20 40/17 45/5 45/6 52/14 55/12 56/9 57/5 57/8 58/17 63/19 68/7
**nobody [1]**  43/2
**nodding [1]**  7/23
**none [1]**  26/21
**North [1]**  12/3
**not [74]**
**Notary [3]**  4/6 69/6 69/21
**notation [1]**  46/13
**note [2]**  40/16 50/5
**noted [1]**  66/23
**notes [4]**  23/5 23/17 55/13 64/4
**nothing [1]**  7/3
**notice [4]**  24/16 25/2 25/6 25/11
**notices [1]**  4/18
**now [13]**  15/7 16/4 16/5 32/19 35/21 43/17 47/9 51/3 53/17 55/1 56/14 57/22 65/22
**nuances [1]**  30/2
**number [23]**  26/3 27/1 27/4 28/19 29/14 29/17 34/3 34/9 36/2 36/2 36/8 36/13 37/2 42/6 42/7 42/8 43/21 44/19 52/3 54/5 55/14 59/15 65/9
**numbered [1]**  57/19
**numbers [1]**  42/15

## O

**O'Brien [6]**  31/4 31/6 42/9 45/10 65/1 67/6
**oath [1]**  33/17
**object [5]**  19/5 40/8 49/13 52/13 62/6
**objection [5]**  19/18 20/15 40/16 50/6 53/2
**objections [5]**  4/12 5/2 6/3 6/7 34/10
**obligated [2]**  56/8 57/13
**obtain [3]**  31/23 64/20 65/5
**obtained [1]**  65/1
**October [3]**  32/13 59/21 60/5
**October 31st [2]**  59/21 60/5
**off [10]**  12/10 13/5 14/14 16/2 21/14 27/5 38/22 53/12 60/17 64/5
**off-the-record [1]**  53/12
**offered [3]**  14/17 18/10 18/23
**office [3]**  36/9 45/5 61/10
**officer [1]**  12/22
**offices [2]**  16/3 21/16
**often [1]**  61/12
**Oh [2]**  10/7 21/13
**okay [27]**  7/22 10/15 10/18 10/21 11/17 13/4 14/7 14/19 14/22 15/16 17/22 21/4 21/13 24/7 25/7 27/18 32/7 36/1 38/20 41/6 48/11 53/8 55/13 59/1 59/12 65/5 67/13
**old [2]**  22/10 22/11
**once [1]**  40/23
**one [35]**  7/11 15/16 16/6 16/7 17/21 20/20 23/23 28/11 30/14 31/3 31/4 31/4 32/3 32/10 37/14 39/4 42/5 43/19 43/23 44/9 44/9 44/10 44/11 45/12 49/2 51/5 53/11 54/10 55/18 57/17 61/14 64/3 66/22 67/4 67/20
**ongoing [1]**  26/2
**only [5]**  6/4 18/1 19/3 21/2 41/20
**operated [1]**  48/13
**operations [1]**  11/6
**opinion [2]**  18/22 19/21
**opposing [1]**  65/19
**oral [1]**  4/4
**order [2]**  7/17 49/19
**organizational [1]**  35/17
**organizations [2]**  35/11 35/16
**original [6]**  30/7 34/1 42/16 46/14 55/21 57/11
**originally [1]**  22/7
**OSCAR [2]**  32/2 47/7
**other [15]**  4/22 6/12 7/13 9/7 12/9 12/22 17/19 26/20 48/18 61/6 61/18 61/22 62/19 63/6 63/21
**others [1]**  43/9
**our [16]**  11/14 11/15 22/23 25/23 29/5 29/6 29/12 31/4 33/7 35/11 35/14 35/17 45/2 45/5 57/8 59/21
**ourselves [2]**  51/20 51/21
**out [15]**  5/1 15/10 15/12 15/17 17/13 18/18 24/20 40/1 40/3 46/17 46/22 54/10 57/5 57/12 62/15
**outline [1]**  25/4
**outside [7]**  11/13 19/6 20/15 23/11 24/2 30/12 40/9
**outstanding [1]**  55/17
**outward [1]**  29/19
**over [13]**  9/16 9/19 10/18 11/22 14/17 32/10 33/19 37/22 38/7 40/23 49/22 59/23 64/4
**overall [1]**  15/23
**oversee [1]**  10/8
**owe [2]**  48/16 56/4
**owed [1]**  55/23
**own [4]**  12/17 12/18 35/14 39/5
**owned [1]**  37/20
**owns [1]**  21/9

## P

**P.C [1]**  2/5
**p.m [2]**  1/22 68/13
**page [6]**  3/2 3/3 3/15 39/11 48/9 55/14
**pages [1]**  55/2
**panel [1]**  18/16
**paperwork [1]**  61/11
**Paragraph [2]**  48/9 52/7
**parents [1]**  22/12
**Park [1]**  22/19
**parking [5]**  16/21 17/5 17/20 49/7 50/12
**part [3]**  39/22 47/19 52/6

**P**

**participate [2]** 27/20 58/4
**particular [5]** 15/17 30/23 32/7 32/19 55/11
**particularly [2]** 29/1 29/2
**parties [3]** 4/3 6/18 69/16
**partner [1]** 18/2
**partners [2]** 11/11 11/12
**partnership [1]** 10/22
**parts [1]** 29/23
**party [2]** 48/14 57/3
**passive [2]** 49/7 50/13
**past [1]** 27/18
**pay [1]** 61/10
**payday [12]** 30/16 30/19 33/8 33/13 33/18 46/14 48/17 52/4 52/10 55/21 55/23 56/4
**payment [2]** 15/14 42/2
**people [6]** 10/9 14/2 25/18 28/11 36/23 43/14
**percent [2]** 12/18 61/14
**perform [1]** 12/5
**period [2]** 57/19 58/17
**permitted [1]** 50/4
**person [3]** 32/4 44/20 61/8
**personal [5]** 19/8 40/14 43/13 50/9 69/11
**persons [4]** 26/10 27/1 28/14 36/3
**Peterson [2]** 10/16 11/5
**phantom [1]** 48/17
**phone [4]** 29/14 29/16 29/17 51/7
**physical [2]** 14/11 25/5
**picture [1]** 17/6
**place [1]** 30/8
**placed [3]** 54/4 55/17 64/23
**placement [1]** 56/20
**plaintiff [3]** 1/6 2/3 7/12
**Plaintiff's [2]** 3/17 6/16
**plan [1]** 29/15
**please [6]** 7/9 8/3 36/2 43/22 50/10 53/11
**PLLC [1]** 2/12
**point [11]** 6/10 14/3 18/20 26/15 31/5 43/3 57/9 59/11 62/12 64/1 64/5
**policies [3]** 34/15 35/11 35/15
**policy [12]** 53/19 54/2 54/5 54/6 54/9 54/15 54/17 58/1 58/12 63/15 63/17 63/20
**portfolio [1]** 52/6
**portfolios [2]** 30/12 30/15

**portion [1]** 42/4
**portions [1]** 43/5
**position [5]** 9/15 12/14 15/5 18/10 18/23
**possible [1]** 64/19
**practice [11]** 48/20 49/8 50/13 50/17 50/19 51/14 51/17 51/22 53/1 53/3 53/4
**practiced [1]** 51/23
**practices [3]** 34/6 35/1 63/10
**prepare [2]** 23/3 60/7
**prepared [3]** 23/18 60/8 60/10
**preparing [1]** 23/14
**present [5]** 7/13 8/3 9/10 9/15 17/2
**presently [1]** 13/14
**president [14]** 8/16 8/17 8/18 10/21 10/23 11/2 11/3 11/5 11/6 12/15 13/2 15/6 27/14 58/9
**pretty [5]** 29/19 37/23 44/12 44/13 60/6
**previous [1]** 59/6
**price [3]** 15/23 16/1 16/13
**pride [1]** 51/20
**primary [1]** 35/13
**printed [2]** 24/20 26/11
**printouts [2]** 24/9 44/12
**prior [4]** 6/18 36/6 51/3 58/19
**proactively [1]** 54/12
**probably [6]** 7/17 13/21 26/13 31/1 36/12 36/21
**problem [1]** 40/17
**Procedure [5]** 4/10 4/16 4/20 5/5 5/10
**procedures [3]** 34/5 34/15 35/15
**Proceedings [2]** 69/8 69/13
**process [7]** 28/20 29/1 31/21 56/12 57/12 58/2 62/1
**processes [1]** 35/10
**produced [6]** 43/1 43/2 43/18 53/18 55/4 57/16
**production [1]** 41/10
**program [1]** 32/2
**progressive [1]** 44/13
**properly [1]** 17/4
**prosecute [1]** 62/21
**provide [4]** 31/12 34/15 37/8 56/8
**provided [10]** 4/19 5/9 6/18 24/2 24/6 29/12 36/9 37/5 59/13 63/12
**provisions [3]** 4/9 4/15 5/4

**public [3]** 4/7 25/20 49/17
**pull [3]** 24/19 65/13 65/16
**pulled [2]** 41/15 65/12
**purchase [7]** 14/7 14/8 14/22 15/10 32/11 37/1 47/19
**purchased [6]** 16/19 31/3 36/17 37/14 45/18 45/21
**purpose [5]** 20/22 21/2 50/23 58/1 68/4
**purposes [1]** 60/15
**pursues [1]** 48/14
**put [3]** 54/10 55/13 61/23
**putative [2]** 62/14 62/16
**putting [1]** 40/19

**Q**

**quarterly [1]** 56/21
**question [21]** 4/13 5/3 15/13 19/10 26/22 27/2 31/15 33/22 34/4 34/21 34/22 37/4 44/20 50/5 50/10 50/16 59/2 59/4 59/6 61/20 67/20
**questions [11]** 14/3 20/22 27/21 33/11 60/23 63/3 63/4 64/10 64/11 68/4 69/10
**Quickbooks [1]** 60/8
**quite [1]** 18/15
**quote [1]** 59/9

**R**

**ran [3]** 37/20 38/2 38/3
**randomized [1]** 68/1
**randomly [1]** 56/20
**rather [2]** 7/23 37/10
**read [5]** 5/8 25/21 50/11 59/4 59/5
**reading [1]** 25/21
**ready [1]** 37/22
**really [3]** 9/20 14/13 20/20
**reason [2]** 56/9 62/2
**Receivable [1]** 35/6
**receive [7]** 29/4 31/23 33/2 33/5 36/19 52/1 59/10
**received [2]** 6/5 36/20
**receiving [2]** 51/18 58/18
**recently [4]** 9/13 23/9 27/18 67/14
**record [9]** 7/9 13/5 24/12 27/8 38/22 45/9 49/18 53/12 64/6
**records [4]** 25/20 36/16 36/19 36/20
**recovery [17]** 13/10 30/9 36/5 36/16 37/15 37/15 38/14 39/9 39/21 40/12 40/22 47/11

**R**

**recovery... [5]** 48/13 55/20 64/22 65/2 65/6
**red [1]** 47/1
**reduced [1]** 69/11
**refer [3]** 8/12 24/17 62/15
**reference [1]** 44/19
**referring [2]** 43/9 62/16
**regard [4]** 12/13 17/13 29/3 49/3
**regarding [3]** 4/23 26/17 54/4
**regular [2]** 61/23 62/1
**regulation [1]** 54/10
**Reid [1]** 10/3
**reiterate [1]** 34/10
**relation [1]** 69/16
**relationship [7]** 26/2 31/10 31/11 32/8 32/9 65/1 67/11
**relationships [3]** 11/14 11/15 14/12
**relying [1]** 67/15
**remember [10]** 15/2 15/21 16/2 17/16 17/20 27/23 39/20 47/14 56/20 63/12
**remote [1]** 35/9
**report [12]** 10/9 10/12 26/10 29/21 34/2 41/23 55/3 55/16 58/14 58/20 58/23 59/10
**reported [7]** 46/20 46/21 48/17 55/19 57/2 59/11 66/11
**reporter [7]** 2/21 7/18 48/7 59/3 59/5 69/5 69/21
**REPORTER'S [1]** 3/10
**reporting [9]** 29/22 34/7 35/2 36/4 37/9 51/6 58/2 66/10 66/18
**reports [5]** 10/13 10/14 36/1 49/9 50/14
**represent [3]** 39/14 39/15 62/4
**representation [2]** 54/4 60/4
**representative [2]** 20/6 40/11
**represented [6]** 49/3 53/22 54/7 54/13 54/17 54/21
**representing [3]** 2/3 2/11 53/19
**represents [1]** 69/12
**request [2]** 56/22 66/17
**requests [3]** 6/12 57/18 58/3
**required [1]** 12/9
**requirements [1]** 4/22
**requires [2]** 12/11 28/22

**reserved [2]** 4/14 5/3
**resolving [1]** 58/2
**respect [2]** 50/8 63/10
**respective [1]** 4/3
**responding [1]** 39/22
**response [4]** 26/23 28/22 28/22 63/17
**responsibilities [1]** 67/4
**restate [3]** 34/22 50/10 59/2
**result [1]** 69/17
**resulted [1]** 28/20
**return [3]** 44/5 45/1 45/3
**Returning [1]** 45/10
**review [3]** 23/14 23/22 24/3
**reviewed [4]** 23/5 23/20 35/11 47/18
**Richton [1]** 22/19
**rid [1]** 16/7
**right [44]** 5/8 8/9 9/1 11/23 14/5 14/8 14/15 16/15 16/18 16/21 18/5 18/15 19/23 20/6 21/5 24/19 26/3 27/7 27/14 28/6 28/9 28/12 33/4 36/18 37/18 38/13 40/4 41/15 42/10 42/11 44/9 44/23 48/23 51/2 54/22 55/8 58/16 61/2 61/4 61/15 65/3 65/6 65/7 67/22
**RMAI [1]** 35/6
**road [3]** 9/8 22/11 41/3
**ROGER [7]** 1/15 1/19 3/6 4/5 7/1 7/10 42/1
**room [1]** 8/6
**Rule [1]** 34/12
**Rules [5]** 4/10 4/16 4/20 5/5 5/10
**rumor [2]** 19/3 19/13
**run [4]** 34/2 36/11 41/23 51/19

---

**S**

**said [14]** 4/7 4/15 4/19 4/21 5/5 5/9 5/9 10/8 11/10 49/21 66/4 69/14 69/14 69/17
**sales [1]** 11/3
**same [7]** 7/20 8/13 19/18 20/15 49/2 63/6 66/3
**save [4]** 4/13 5/2 6/4 14/1
**saw [1]** 47/14
**say [12]** 7/18 17/17 33/1 35/5 37/5 45/19 47/15 53/2 53/11 60/5 62/17 67/13
**saying [5]** 6/8 53/5 57/14 65/17 66/16
**says [11]** 28/19 32/4 32/5 34/4 36/2 39/9 44/22 46/1

**scared [1]** 57/10
**schedule [1]** 15/14
**Schlemmer [4]** 10/15 10/21 11/16 23/9
**school [2]** 21/22 22/15
**scope [3]** 19/6 20/16 54/20
**screen [29]** 18/17 24/14 24/22 27/10 38/12 39/3 39/7 41/9 41/13 41/14 41/17 42/5 42/15 43/20 44/3 44/7 44/15 44/16 45/14 46/8 47/9 53/17 53/22 55/15 57/21 60/18 65/17 66/1 66/8
**scrolling [1]** 43/17
**scrub [1]** 29/10
**scrubs [2]** 29/6 62/1
**second [5]** 13/6 39/11 64/3 64/6 65/23
**Section [3]** 2/8 54/2 55/15
**sections [2]** 4/9 4/19
**see [30]** 11/17 16/9 24/14 24/21 26/15 27/10 36/1 38/3 38/12 38/15 39/6 39/19 41/20 42/23 43/7 45/23 46/1 46/13 46/15 46/18 47/1 47/8 52/10 52/11 55/2 57/20 57/21 58/21 59/15 59/18
**seeing [3]** 24/15 25/1 39/20
**seen [7]** 27/17 39/19 43/3 47/13 55/6 55/8 55/9
**sell [1]** 31/1
**semi [1]** 56/21
**send [2]** 29/18 51/4
**sending [3]** 46/6 67/3 67/17
**sends [1]** 32/2
**sense [2]** 31/15 34/18
**sent [4]** 29/6 46/10 46/23 51/5
**sentence [1]** 50/11
**separate [1]** 61/17
**separately [1]** 38/3
**September [3]** 9/12 14/6 32/12
**series [2]** 29/6 41/7
**service [2]** 14/12 67/11
**services [1]** 11/1
**set [2]** 5/1 23/9
**settled [1]** 23/1
**several [2]** 18/9 37/23
**shaking [1]** 8/1
**shall [1]** 4/8
**share [4]** 24/14 24/22 45/23 65/16
**shared [2]** 43/14 60/12

## S

shareholder [1] 26/21
shares [1] 12/18
sharing [1] 53/17
Shawn [2] 10/16 11/2
Shawnee [1] 22/2
she [4] 7/23 27/13 27/23 54/12
she's [2] 27/14 58/9
sheet [1] 59/21
Sher [2] 21/9 21/11
shift [1] 19/23
shop [1] 51/19
short [6] 13/8 38/7 38/10 39/1 60/20 64/7
shorthand [1] 69/9
should [9] 7/19 24/15 25/1 35/5 38/12 40/15 43/14 55/13 60/6
shouldn't [1] 51/22
show [9] 27/8 41/6 41/8 43/18 57/16 59/13 66/8 66/9 68/4
showing [1] 55/1
shown [1] 66/14
shows [1] 59/23
sign [1] 5/9
signature [1] 68/11
signed [1] 27/13
signing [1] 4/21
similar [2] 55/8 55/9
since [5] 8/18 25/19 28/7 43/3 52/8
single [1] 67/21
sir [6] 10/18 11/10 36/18 39/7 46/2 52/22
sitting [1] 42/18
sixth [1] 22/13
skill [1] 7/21
skip [3] 25/14 36/1 48/9
skipping [1] 49/6
slightly [3] 17/15 44/10 59/23
small [1] 30/12
Smith [3] 18/21 19/16 19/22
so [73]
software [1] 41/13
some [26] 6/10 6/11 10/5 12/1 14/2 14/15 15/18 17/19 21/23 25/10 25/14 26/15 26/16 32/20 33/11 33/12 36/11 38/6 41/10 43/5 44/8 44/17 44/18 60/23 63/10 64/11

someone [3] 29/19 33/21 36/9
something [6] 19/12 23/18 47/8 47/18 61/11 67/7
sometimes [2] 18/16 44/14
sorry [4] 10/7 13/6 44/12 62/6
sort [2] 4/23 48/20
sound [1] 35/15
source [1] 64/20
south [2] 2/8 22/18 22/19 23/2
Southeast [1] 22/3
southern [2] 1/2 22/13
speak [2] 17/23 23/7
specific [2] 30/1 44/20
specifically [2] 27/23 62/17
spell [1] 48/6
split [1] 22/12
spoke [2] 23/11 26/10
spot [1] 68/1
SSN [1] 43/10
St [1] 2/14
St. [6] 9/8 13/22 22/21 23/2 48/4 61/15
St. Louis [6] 9/8 13/22 22/21 23/2 48/4 61/15
staff [2] 23/6 23/7
stairs [1] 10/5
stamp [1] 24/18
stand [3] 35/19 35/20 46/20
stands [1] 35/22
start [1] 56/17
started [1] 17/1
starting [1] 21/21
starts [1] 35/3
state [12] 4/7 4/9 4/15 4/19 5/5 5/9 22/4 36/2 54/19 56/8 69/1 69/6
statement [6] 32/22 37/6 38/15 39/10 39/22 52/11
states [6] 1/1 11/22 12/1 12/2 12/9 47/10
staunch [1] 35/8
step [2] 28/19 28/20
Steve [1] 7/11
STEVEN [1] 2/4
still [9] 10/4 14/19 18/12 18/14 29/10 31/8 33/12 67/15 67/21
stipulated [4] 4/2 4/12 4/18 5/7
STIPULATION [1] 3/3
stipulations [2] 6/3 6/13
stock [1] 14/8

stop [2] 19/5 51/14
stopped [2] 32/12 51/17
stopping [1] 64/5
Street [2] 2/5 2/8
striking [1] 20/23
structure [1] 26/12
styling [1] 37/9
subject [3] 19/7 19/7 28/21
substituted [1] 41/3
suburbs [1] 22/18
such [2] 49/7 50/12
suitable [1] 28/23
Suite [3] 2/6 2/13 8/5
sum [2] 15/9 15/16
supervision [1] 69/12
supervisor [1] 9/22
supposed [1] 59/8
sure [20] 13/7 20/23 21/16 26/20 29/12 31/22 35/3 35/14 37/17 38/23 40/17 43/17 43/23 47/16 50/21 53/15 56/23 60/16 64/19 66/11
swear [1] 33/17
sworn [1] 7/2
system [4] 29/6 37/19 37/19 44/20
systems [12] 13/10 36/5 37/20 38/14 39/9 39/21 40/12 40/22 47/12 48/13 55/20 65/6

## T

T-a-m-m-s [1] 22/14
tailored [1] 34/16
take [7] 7/23 20/12 38/7 60/17 60/18 64/13 65/23
taken [5] 1/19 4/6 4/8 7/14 69/8
taking [2] 4/23 7/18
talk [2] 26/8 53/10
talked [4] 17/1 23/5 26/16 66/7
talking [4] 7/19 17/1 18/12 65/18
talks [1] 52/7
Tamms [2] 22/14
tax [1] 60/15
taxing [1] 14/1
team [1] 63/1
technicalities [1] 4/22
TELECONFERENCE [2] 1/16 1/21
tell [16] 7/2 7/8 8/3 10/19 11/17 20/20 21/3 21/21 31/2 37/12 41/1 41/19 44/11 51/17 66/7 66/9

## T

**telling [1]** 27/8
**tells [1]** 66/17
**tens [2]** 28/17 52/9
**term [4]** 11/7 17/5 17/7 62/14
**terminate [1]** 31/10
**terminated [4]** 31/11 32/8 32/14 32/20
**terminology [1]** 8/13
**terms [1]** 20/23
**territory [1]** 49/22
**Tesson [1]** 9/8
**testified [3]** 7/4 49/15 52/15
**testify [3]** 25/12 25/13 52/20
**testimony [1]** 64/9
**testing [5]** 38/2 56/15 56/19 67/14 67/21
**text [2]** 29/18 51/7
**than [7]** 7/23 12/9 26/20 28/18 34/13 37/10 61/14
**thank [6]** 10/18 19/23 30/4 54/22 64/8 66/22
**thanks [2]** 20/22 59/12
**that [343]**
**that's [39]** 6/14 6/14 11/10 14/13 16/5 19/13 20/19 21/2 23/17 24/21 26/4 32/22 37/11 37/23 38/2 38/9 40/5 41/1 41/5 41/16 42/12 42/14 42/21 43/17 44/19 46/6 52/12 53/20 57/15 58/13 58/15 61/3 62/7 65/4 66/13 66/19 66/21 67/4 67/19
**their [21]** 4/3 14/11 14/11 17/1 25/18 31/2 32/14 36/19 36/20 37/19 39/18 40/4 44/4 47/22 48/23 51/4 53/3 53/4 58/13 58/20 58/22
**them [27]** 6/11 7/23 13/12 13/18 14/17 16/20 17/18 17/21 24/10 24/11 25/12 27/22 31/11 32/9 32/13 32/14 32/23 33/1 36/21 38/3 45/17 51/9 56/7 57/9 57/12 57/12 67/8
**then [12]** 20/8 22/16 22/23 23/18 29/10 29/14 30/13 35/13 39/10 45/12 46/22 51/5
**there [36]** 8/6 8/6 8/22 10/9 10/10 12/19 13/19 13/22 15/5 15/13 15/18 15/20 15/21 16/6 20/20 20/21 22/15 25/12 26/2 33/21 35/7 35/7 35/13 35/23 37/7 39/4 39/18 42/3 42/9

**there's [8]** 13/21 27/2 31/20 33/21 37/23 43/7 44/22 45/12
**therefore [1]** 54/18
**thereto [1]** 69/10
**these [7]** 15/9 20/22 27/20 59/15 63/2 63/4 65/12
**they [37]** 10/11 13/22 13/23 16/11 16/11 16/14 16/14 16/17 17/3 17/19 20/14 20/18 21/8 30/23 31/1 31/8 31/9 31/12 31/16 31/18 31/19 31/22 33/23 35/22 36/21 40/1 40/3 40/6 40/19 42/15 42/15 60/14 61/10 67/2 67/2 67/17 68/5
**they're [4]** 14/16 29/5 29/6 56/8
**thing [3]** 18/1 18/15 66/3
**things [6]** 11/15 25/11 36/23 38/6 52/18 54/11
**think [29]** 6/5 11/3 14/14 15/18 21/4 21/14 26/22 33/23 34/2 39/3 39/4 40/9 49/14 49/21 52/12 52/17 53/2 53/4 53/20 55/15 59/19 62/2 62/5 63/3 63/14 64/18 65/21 66/7 68/9
**third [2]** 48/14 57/3
**this [119]**
**Thornton [1]** 22/20
**those [16]** 10/18 10/19 12/2 12/9 13/17 14/2 14/12 14/22 24/9 26/8 27/3 30/13 30/20 42/19 61/15 64/9
**though [5]** 40/7 54/12 59/10 65/13 67/15
**thought [1]** 11/10
**thousands [2]** 28/17 52/9
**three [6]** 15/21 22/10 29/22 30/1 36/6 65/14
**through [19]** 4/3 6/8 6/9 19/3 29/1 29/6 30/2 31/14 32/2 32/21 34/7 34/23 35/10 47/6 47/7 57/23 60/8 61/23 65/2
**time [20]** 4/14 5/3 14/1 17/4 17/5 17/20 20/20 22/16 28/14 33/6 36/22 37/8 51/9 51/10 56/13 61/14 64/14 65/5 67/13 68/2
**times [2]** 18/9 61/13
**title [4]** 8/15 53/19 53/20 55/2
**titled [1]** 54/17

**today [6]** 23/4 24/8 25/15 39/23 42/18 64/9
**told [8]** 17/16 20/1 20/3 39/17 61/1 63/5 63/9 63/14
**too [2]** 51/18 64/14
**took [1]** 32/10
**top [6]** 12/10 14/14 16/2 21/14 27/5 66/9
**topics [2]** 6/9 40/10
**total [1]** 59/23
**town [3]** 20/19 22/9 22/14
**Trade [5]** 17/22 26/17 26/18 47/12 49/4
**transcript [3]** 43/6 69/7 69/13
**transfer [1]** 37/18
**transmitted [1]** 27/2
**treat [2]** 61/21 63/6
**treated [1]** 63/5
**treatment [1]** 29/15
**trial [4]** 4/14 5/3 20/2 20/4
**true [3]** 19/16 33/3 69/13
**Trust [1]** 68/6
**truth [4]** 7/3 7/3 7/4 27/8
**try [4]** 7/19 21/5 30/13 31/14
**trying [1]** 44/5
**Tumber [6]** 15/4 17/2 18/2 19/17 26/20 49/1
**two [5]** 16/7 18/19 22/23 31/20 42/9
**type [4]** 15/17 19/12 66/14 66/16
**types [2]** 15/10 15/12
**typewriting [1]** 69/11
**typically [2]** 29/4 61/6

## U

**unable [2]** 31/12 48/18
**unauthorized [1]** 52/9
**uncle [2]** 20/12 21/1
**under [10]** 33/17 37/21 42/1 42/3 42/3 42/6 42/7 53/1 66/16 69/11
**understand [10]** 15/13 19/3 41/2 49/11 50/16 50/21 61/20 62/9 62/12 62/16
**understanding [5]** 17/3 48/19 48/21 48/22 56/3
**understood [2]** 17/18 50/1
**UNDERWOOD [2]** 2/7 7/14
**UNITED [3]** 1/1 11/22 47/10
**University [1]** 22/4
**unless [2]** 62/16 65/17
**until [6]** 4/14 5/3 7/19 37/22 43/3 67/14

**U**

unwilling [1] 31/12
up [17] 16/6 17/4 21/1 22/13 23/9 24/19 27/22 29/23 39/4 41/15 53/15 64/11 65/12 65/13 65/16 65/22 68/10
updatable [1] 44/19
update [2] 44/16 46/4
updated [1] 54/9
updates [2] 26/14 46/4
updating [1] 46/7
upon [9] 15/14 15/23 30/23 37/4 56/20 58/7 58/18 67/15 69/14
us [16] 7/8 18/19 23/9 30/8 31/22 32/4 43/2 43/21 47/5 52/18 53/18 56/8 57/2 57/17 59/13 61/11
use [5] 8/13 40/23 57/3 62/13 62/14
used [2] 30/4 35/20
uses [1] 39/16
using [4] 18/13 49/7 50/12 62/13
Usual [1] 6/3

**V**

Vaguely [1] 27/11
validate [2] 31/16 68/5
validating [1] 32/20
validation [10] 31/13 31/21 32/5 33/2 33/5 57/1 57/18 57/18 58/3 58/17
value [1] 15/17
variants [1] 44/5
vendor [1] 11/14
vendors [1] 10/22
Ventura [1] 22/8
verbal [1] 7/22
verifiable [1] 42/19
verification [3] 31/20 31/21 32/4
verified [1] 49/19
verify [3] 48/19 68/5 68/6
very [4] 35/4 35/8 51/19 54/18
via [2] 1/16 1/20
vice [8] 10/21 10/23 11/2 11/3 11/5 11/6 27/14 58/9
vice-president [8] 10/21 10/23 11/2 11/3 11/5 11/6 27/14 58/9
violations [2] 34/5 35/1
Visa [1] 42/2

voluntary [1] 14/16

**W**

wait [1] 7/19
waive [2] 5/8 68/11
waived [1] 4/20
walk [5] 28/23 31/14 34/7 34/23 57/23
walking [1] 30/2
walls [1] 11/14
want [14] 6/7 6/8 8/13 10/12 13/18 17/17 25/10 25/20 40/15 41/6 50/21 59/12 63/14 65/9
wanted [7] 18/1 37/17 41/8 44/6 59/1 64/18 66/22
warranty [1] 19/12
was [100]
Washburn [1] 22/9
wasn't [3] 15/12 18/5 37/1
Watts [1] 39/16
way [8] 8/12 13/19 35/13 42/17 42/18 42/21 61/19 63/6
we [114]
we'll [4] 21/5 27/3 43/17 56/22
we're [9] 11/19 18/13 24/18 35/16 39/23 41/11 53/21 57/8 66/3
we've [1] 49/22
week [1] 61/13
weeks [1] 17/17
WEISS [27] 1/15 1/19 3/6 4/5 7/1 7/8 7/10 7/11 10/15 10/23 20/19 21/4 25/10 34/21 38/12 39/3 39/13 40/10 41/11 42/1 47/13 55/5 60/23 62/12 62/17 64/8 64/20
well [18] 10/23 13/1 14/15 24/5 30/23 33/3 35/20 36/19 37/4 40/9 41/22 43/6 43/19 54/8 57/6 60/14 64/12 67/8
went [3] 22/2 22/2 22/3
were [28] 6/16 8/20 9/17 9/17 9/22 15/18 15/21 16/11 16/17 16/23 17/3 17/3 28/11 31/12 32/23 33/8 36/22 37/22 38/4 40/1 41/23 42/19 51/18 52/3 67/2 67/15 67/17 69/11
Wexler [6] 31/4 31/6 42/9 45/10 65/2 67/6
what [57] 7/18 8/15 8/22 9/7 9/15 9/17 10/19 11/7 11/10 11/17 12/2 12/10 14/10 15/5 15/7 16/1 16/9 16/13 18/21

19/2 19/13 20/19 24/2 24/4 29/23 31/6 35/19 41/1 41/4 41/4 41/5 41/1 41/19 42/12 42/14 43/20 44/20 44/23 45/15 46/3 46/20 47/2 48/22 49/11 49/23 53/5 53/21 54/15 57/2 57/5 57/14 62/23 65/17 66/8 66/9 67/2 68/4
what's [1] 27/10
whatever [3] 40/21 50/9 56/22
when [31] 9/10 9/17 9/22 17/1 17/10 17/13 17/15 17/16 18/18 22/10 22/10 22/12 22/13 23/14 35/22 36/18 37/8 37/23 45/19 50/21 51/10 51/14 54/11 56/17 58/17 58/21 59/10 61/9 63/15 66/12 67/13
whenever [1] 37/1
where [19] 8/9 16/4 16/5 20/14 22/1 22/7 22/22 27/12 29/11 34/8 35/11 46/6 46/8 46/10 49/8 50/13 54/7 66/4 67/1
WHEREUPON [1] 6/1
whether [4] 42/19 51/8 52/14 57/4
which [13] 23/1 23/7 32/2 35/6 37/23 39/16 40/22 41/12 45/1 47/6 55/1 55/14 59/16
while [2] 9/2 22/23
who [21] 10/2 10/9 10/11 13/14 13/17 15/2 20/9 21/8 23/9 25/16 26/10 30/5 30/22 30/22 31/4 33/21 48/2 49/2 54/3 58/6 58/13
whole [2] 7/3 34/18
whose [2] 27/1 36/3
why [5] 31/10 37/12 40/19 51/17 67/10
wife [3] 10/23 22/23 30/11
will [13] 6/10 15/20 18/19 29/15 29/18 36/11 50/3 53/2 53/15 53/15 59/17 65/22 68/11
windows [2] 46/5 65/15
within [3] 25/23 36/6 57/18
without [4] 20/21 36/10 49/9 50/14
witness [4] 4/5 5/8 7/2 69/14
won't [6] 33/1 33/15 33/23 62/21 63/3 64/13
word [2] 30/4 62/13
worded [1] 11/4

## W

**work [11]**  8/10 13/12 13/15
13/22 15/11 18/11 18/19
41/13 41/14 41/17 45/6
**worked [1]**  15/22
**workers [1]**  14/17
**working [4]**  8/20 9/3 30/14
38/13
**world [1]**  20/4
**worth [1]**  15/19
**would [58]**  7/8 11/15 19/20
20/1 20/5 21/3 25/18 25/20
26/15 27/22 28/17 28/18 29/8
29/8 29/9 29/19 30/19 32/11
33/1 33/21 34/1 35/12 36/10
37/5 37/5 41/12 42/13 44/3
44/7 44/16 44/17 44/18 45/1
46/4 47/6 47/18 50/5 52/17
54/18 54/20 56/9 56/10 57/5
57/10 57/10 58/7 58/18 58/21
60/5 60/12 61/7 61/8 61/15
62/3 62/13 63/1 67/7 67/10
**wouldn't [1]**  20/4
**written [4]**  57/17 57/18 58/3
58/18
**wrongdoing [1]**  16/17

## Y

**yeah [4]**  29/4 43/12 49/21
67/12
**year [3]**  37/20 60/15 64/1
**years [4]**  17/12 22/10 22/11
36/6
**yes [42]**  6/5 6/11 7/21 8/2
8/14 9/14 10/14 11/10 11/12
11/21 12/1 12/16 14/9 15/4
20/7 21/7 23/16 23/23 24/10
26/13 27/11 28/7 30/15 46/2
46/12 46/19 48/1 49/5 55/9
57/22 59/1 60/2 60/14 61/16
63/13 63/22 65/8 65/20 66/1
67/5 67/9 68/3
**yet [2]**  58/22 59/11
**York [2]**  12/4 12/5
**you [265]**
**you'd [1]**  65/15
**you'll [1]**  21/4
**you're [10]**  25/13 28/5 39/3
41/4 47/16 53/5 57/13 57/14
60/11 66/16
**you've [5]**  9/2 22/5 25/15
55/8 61/4
**Young [4]**  38/18 39/12 39/12
39/17

**your [60]**  6/6 6/13 7/8 7/14
8/1 8/3 8/7 8/15 8/22 9/15
9/15 9/17 9/20 12/14 14/1
15/13 18/15 20/23 21/21 22/5
23/3 23/7 23/11 23/15 23/18
25/3 26/19 27/3 27/14 28/21
30/5 31/16 34/3 34/4 38/12
38/18 38/18 39/5 39/5 41/10
42/5 45/3 47/19 48/19 48/22
50/9 53/20 53/21 55/4 56/3
59/13 60/4 60/7 60/13 62/12
64/10 67/1 67/11 67/16 68/2
**yours [1]**  30/17
**yourself [3]**  12/20 14/23
37/10

## Z

**ZOOM [3]**  1/16 1/20 18/13