1. 19-00431 In the U.S. Dist. Court for the N.D. of In – Misrepresented themselves in Report of Parties Planning Meeting (Doc. 16)

2. 19-03970 In the U.S. Dist. Court for the S.D. of In – Misrepresented themselves in Corporate Disclosure Statement (Doc. 12)

3. 20-00068 In the U.S. Dist. Court for the W.D. of NY (Buffalo) – Misrepresented themselves in Corporate Disclosure Statement (Doc. 5)

4. 20-00180 In the U.S. Dist. Court for the E.D. of Va (Norfolk) – Misrepresented themselves in Disclosure of Corporate Affiliations (Doc. 23)

5. 20-00193 In the U.S. Dist. Court for the W.D. of Tx (Austin) – Misrepresented themselves in Corporate Disclosure Statement (Doc. 6)

6. 20-00204 In the U.S. Dist. Court for the Dist. of Md (Baltimore) – Misrepresented themselves in Corporate Disclosure Statement (Doc. 6)

7. 20-00259 In the U.S. Dist. Court for the M.D. of Ga (Macon) – Misrepresented themselves in Corporate Disclosure Statement (Doc. 6)

8. 20-00499 In the U.S. Dist. Court for the C.D. of Ca (Western Division – Los Angeles) – Settled before disclosures were made.

9. 20-00561 In the U.S. Dist. Court for the Dist. of Co (Denver) – Misrepresented themselves in Corporate Disclosure Statement (Doc. 11)

10. 20-00568 In the U.S. Dist. Court for the W.D. of Wi (Madison) – Settled before disclosures were made.

11. 20-01167 In the U.S. Dist. Court for the E.D. of La (New Orleans) – Misrepresented themselves in Corporate Disclosure Statement (Doc. 8)

12. 20-01203 In the U.S. Dist. Court for the Dist. of NM– Misrepresented themselves in Corporate Disclosure Statement (Doc. 7)

13. 20-01302 In the U.S. Dist. Court for the C.D. of Ca (Eastern Division-Riverside) – Misrepresented themselves in Certification and Notice of Interested Parties (Doc. 12)

14. 20-01341 In the U.S. Dist. Court for the N.D. of Tx (Dallas) – Settled before disclosures were made.

15. 20-01399 In the U.S. Dist. Court for the E.D. of La (New Orleans) – Settled before disclosures were made.

16. 20-01530 In U.S. Dist. Court for the Dist. of Columbia (Washington, DC) – Misrepresented themselves in Corporate Disclosure Statement (Doc. 9) as well as Joint Notice (Doc 15)

17. 20-01550 In U.S. Dist. Court for the E.D. of Mo (St. Louis) – Settled before disclosures were made

18. 20-01553 In U.S. Dist. Court for the E.D. of Mo (St. Louis) – Settled before disclosures were made

19. 20-01674 In the U.S. Dist. Court for the E.D. of Mo (St. Louis) – Misrepresented themselves in Disclosure of Organizational Interests Certificate (Doc. 14)

20. 20-02122 In U.S. Dist. Court for the N. D. of Ga (Atlanta) – Settled before disclosures were made

21. 20-02176 In U.S. Dist. Court for the N.D. of Ga (Atlanta) – Misrepresented themselves in Answer to Complaint (Doc.11) and Certificate of Interested Persons (Doc. 13)

22. 20-02684 In U.S. Dist. Court for the N.D. of Ga (Atlanta) – Misrepresented themselves in Corporate Disclosure Statement (Doc. 8)

23. 20-02901 In U.S. Dist. Court for the N.D. of Ga (Atlanta) – Settled before disclosures were made

24. 20-03517 In U.S. Dist. Court for the N.D. of Ga (Atlanta) – Settled before disclosures were made

25. 20-11042 In U.S. Dist. Court for the E.D. of Mi (Detroit) – Misrepresented themselves in Statement of Corporate Affiliations (Doc. 8)

26. 20-11869 In U.S. Dist. Court for the Dist. of Ma (Boston) – Misrepresented themselves in Corporate Disclosure Statement (Doc. 6)

27. 21-00018 In U.S. Dist. Court for the E.D. of Tx (Tyler) – Misrepresented themselves in Unopposed Application for Extension of Time to Answer Complaint (Doc. 10 and refiled as Doc.11)