```
 1                 UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF ALABAMA
 2

 3   DANNY N. BRITTINGHAM      X
                               X
 4       Plaintiff,            X
                               X
 5                             X   CASE No. 1:21-cv-00096-MU
     vs.                       X
 6                             X
     CONSUMER ADJUSTMENT       X
 7   COMPANY, INC.,            X
                               X
 8       Defendant.            X

 9

10

11


12   ************************************************************

13        REMOTE ORAL DEPOSITION OF DANNY N. BRITTINGHAM

14                         March 9, 2022

15                       (Reported Remotely)

16   ************************************************************

17

18

19

20
             REMOTE ORAL DEPOSITION OF DANNY N.
21   BRITTINGHAM, produced as a witness at the instance
     of the Defendant, and duly sworn, was taken in the
22   above-styled and numbered cause on the 10th day of
     March, 2022, from 1:00 p.m. to 2:43 p.m. before
23   Amber L. Rodriguez, CSR in and for the State of
     Texas, reported by machine shorthand, with the
24   witness located remotely in Alabama, pursuant to the
     Federal Rules of Civil Procedure and the provisions
25   stated on the record or attached hereto.
```

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFF VIA ZOOM:

 3          EARL P. UNDERWOOD, JR., ESQUIRE
            Underwood & Riemer, PC
 4          21 S Section Street
            Fairhope, Alabama 36532
 5          Telephone: (251) 990-5558
            E-mail: epunderwood@gmail.com
 6
            and
 7
            STEVEN P. GREGORY, ESQUIRE
 8          Gregory Law Firm, P.C.
            505 20th Street North
 9          Suite 1215
            Birmingham, Alabama 35203
10          Telephone: (205) 208-0312
            E-mail: steve@gregorylawfirm.us
11


12
      FOR THE DEFENDANT VIA ZOOM:
13
            MATTHEW J. BELL, ESQUIRE
14          Malone Frost Martin PLLC
            1200 South Big Bend Blvd.
15          St. Louis, Missouri 63117
            Telephone: (314) 669-5490
16          E-mail: mbell@mamlaw.com

17

18

19

20

21

22

23

24

25
```

```
 1              INDEX OF PROCEEDINGS
 2   Direct Examination By Mr. Bell:                    4
 3   Exhibit 1   Second Amended Class Action Complaint 12
 4   Exhibit 2   Plaintiff Production - Composite      23
 5   Reporter's Certificate                            63
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1   can?

2        A     I think I followed.

3        Q     Okay.

4        A     First of all, the debt -- the alleged debt is
5   very old.  It's probably sold to -- a couple times to
6   third-party collection agencies.  The last one, whoever
7   it is, Midwest or probably Midwest now CS -- CACi, did
8   not contact me either by telephone or by letter, which
9   is a violation of the act, before they dinged my credit
10  report.  And that's what I have a problem with.

11       Q     Okay.  So when you say -- when you make a
12  claim that they provided derogatory information, that is
13  that there was a negative information on your credit
14  report; is that right?

15       A     That's correct.

16       Q     When you claimed that they provided false
17  information, can you tell me why that information was
18  false?

19       A     I never had a loan with
20  NationalPaydayLoan.com.

21       Q     Okay.  So this debt never existed?

22       A     No.

23       Q     Okay.  And then my question is going to
24  then -- with derogatory false or disputed, my question
25  is what -- do you have -- can you tell me in your own

```
 1        Q    Okay.  Did you see something that said the
 2   words late fees or something similar?
 3        A    I did not.  I did not.  But it's kind of, you
 4   know...
 5        Q    So is it fair to say that you believe that
 6   it's common for them to to collect late fees and so you
 7   were surmising or guessing in this case that they --
 8   part of what they were collecting was late fees?
 9        A    I'm surmising that they borrowed from a third
10   party and part of that was late fees, and that's -- they
11   were going after that as well, yes.
12        Q    Okay.  But that actually, then, is a guess on
13   your part based on your understanding of normal
14   practices; is that right?
15        A    Correct.
16        Q    Okay.  Thank you.  Moving on to
17   Subparagraph C, what is -- in your own words, could you
18   tell me what the basis of your claim under the FDCPA
19   that they provide that CACi provided false information
20   regarding the status of a loan?
21        A    I never had a loan with Payday.com, and they
22   were providing information to the credit reports that I
23   did.
24        Q    Okay.  I'm going to move onto then Count
25   No. 3, which is a count for negligence.  And again, I'm
```

```
 1              UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
 2
    DANNY N. BRITTINGHAM    X
 3                          X
    vs.                     X   CASE No. 1:21-cv-00096-MU
 4                          X
    CONSUMER ADJUSTMENT     X
 5   COMPANY, INC.          X

 6   ************************************************************

 7                   REPORTER'S CERTIFICATE

 8       REMOTE ORAL DEPOSITION OF DANNY N. BRITTINGHAM

 9                      March 9, 2022

10   ************************************************************

11          I, Amber Lee Rodriguez, Certified

12   Shorthand Reporter in and for the State of Texas,

13   hereby certify to the following:

14          That the witness, Danny N. Brittingham,

15   was duly sworn by the officer and that the

16   transcript of the deposition is a true record of the

17   testimony given by the witness;

18          That the original deposition transcript

19   was delivered to Matthew J. Bell;

20          That a copy of this certificate was served

21   on all parties and/or the witness shown herein on

22   _____.

23          I further certify that, pursuant to

24   FRCP No. 30(f)(i), that the signature of the

25   deponent was not requested by the deponent or a
```

888-893-3767
www.lexitaslegal.com



```
 1  party before the completion of the deposition;
 2              That pursuant to information given to the
 3  deposition officer at the time said testimony was
 4  taken, the following includes counsel for all
 5  parties of record and the amount of time used by
 6  each party at the time of the deposition:
 7              EARL P. UNDERWOOD, JR., ESQUIRE (00 hours,
    00 minutes) Attorney for Plaintiff;
 8
                STEVEN P. GREGORY, ESQUIRE (00 hours, 00
 9  minutes) Attorney for Plaintiff;
10              MATTHEW J. BELL, ESQUIRE (01 hour, 26
    minutes) Attorney for Defendant.
11
12              I further certify that I am neither
13  attorney or counsel for, related to, nor employed by
14  any parties to the action in which this testimony is
15  taken and, further, that I am not a relative or
16  employee of any counsel employed by the parties
17  hereto or financially interested in the action.
18              SUBSCRIBED AND SWORN TO under my hand and
19  seal of office on this the 5th day of
20  April, 2022.
21
22                              _____
                                AMBER L. RODRIGUEZ
23                              Texas CSR 7817
                                Expiration Date: 02/28/2023
24                              Lexitas, Firm Registration 95
                                Expiration Date: 1/31/2023
25                              13101 Northwest Freeway, Suite 210
                                Houston, Texas 77040
```

