IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| DANNY N. BRITTINGHAM,<br><br>    PLAINTIFF,<br><br>VS.<br><br>CONSUMER ADJUSTMENT COMPANY, INC.,<br><br>    DEFENDANT. | Case No.: 1:21-cv-00096-MU |

### PLAINTIFF'S MOTION TO SUPPLEMENT HIS OPPOSITION TO CACi's MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff and requests the Court to allow him to supplement his summary opposition (Doc 92). Plaintiff inadvertently failed to include with his Summary Judgment Opposition his response to Defendant's Statement of Facts required by Local Rule 56(b) & (d). Exhibit One, attached hereto, is Plaintiff's proposed response.

Respectfully submitted:

*/s/ Earl P. Underwood, Jr.*
Earl P. Underwood, Jr.
ATTORNEY AT LAW
516 Third Street
Fairhope, Alabama 36532
Telephone: (251) 279-0054
Facsimile: (251) 990-0626
E-mail: epunderwood@alalaw.com
And

Steven P. Gregory
Gregory Law Firm, PC
505 20th Street North, Suite 1215
Birmingham, AL 35203
Telephone: (205) 208-0312
steve@gregorylawfirm.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, the 18th day of June 2023, I electronically filed *the foregoing* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Earl P. Underwood, Jr.*
EARL P. UNDERWOOD, JR.